# SUPPLEMENTAL SUMMONED JUROR QUESTIONNAIRE

Please print in blue or black ink.  Thank you.

Name _____

Have you or any close relative or friend ever been employed as a real estate broker, appraiser, underwriter, loan processor, closing attorney, closing agent, or in any other profession involved in the sale or transfer of real estate? _____

Who? _____ What company or organization? _____

Have you or any close relative or friend ever held a real estate license or mortgage brokerage license? _____

Who? _____ What type of license? _____ What state? _____

Have you purchased a home or other property? _____ What? _____

Have you purchased real estate as investment property? _____ Residential or Commercial? _____

How many properties? _____ Describe properties: _____

Have you had any negative experiences during the process of obtaining a mortgage, or during a real estate closing that could cause you not to be fair and impartial as a juror in this trial? _____ Explain why you had a negative experience.
_____

Have you ever been denied a mortgage? _____ Name of lending institution? _____

Reason for denial? _____

Have you ever been a party to a real estate venture where the buyer received money back at or after the closing? _____

Why did the buyer receive money back?_____

Have you ever worked for a lending institution or bank? _____ Employer name?_____

Did your job involve mortgages? _____ What type of work did you do there? _____
_____

Do any close relatives or friends work for a lending institution or bank? _____ Name of the lending institution or bank? _____ What do they do there?_____

Have you or any close relatives or friends been involved in a mortgage foreclosure? _____ How? _____
_____

Have you ever co-signed on a mortgage as a guarantor? _____ For whom? _____

Have you ever lost money on a real estate investment? _____ How? _____

Do you rent or lease property to others? _____ What type of property? _____

Have you or any close relative or friend ever been evicted? _____ Why? _____
_____

    I hereby certify that the foregoing information is true and correct.


_____                                   _____
         (Date)                                                             (Signature)