**UNITED STATES v. ENGLEMANN**

| Ct. | Seller | Property Address | HUD-1 Price | Loan | Actual Price | Cash Back to Buyer |
|---|---|---|---|---|---|---|
|  | Johnson | 641 W. 64th | $120,000 | $102,000 | $72,500 | $41,097.72 |
|  | Johnson | 6217 Western | $110,000 | $93,500 | $65,000 | $39,118.18 |
|  | Johnson | 679 W. 64th | $115,000 | $97,750 | $72,500 | $28,681.26 |
|  | Woods | 1818 Esplanade | $155,000 | $108,500 | $100,000 | $55,000 |
|  | Johnson | 635 W. 64th | $110,000 | $99,000 | $65,000 | $44,164.39 |
|  | Janssen | 6204 Western | $120,000 | $103,500 | $80,000 | $34,749.03 |
|  | Janssen | 6112 Western | $120,000 | $103,500 | $84,000 | $26,650.97 |
|  | Bradley | 1220 Main | $105,000 | $90,000 | $80,000 | $8,119.97 |
|  | Frantz | 1228 Tremont | $85,500 | $76,950 | $77,900 | $7,600 |
| **2.** | **Laures** | **6224 Appomattox** | **$125,000** | **$108,000** | **$95,000** | **$29,725** |
| **3.** | **Laures** | **6232 Appomattox** | **$125,000** | **$108,000** | **$95,000** | **$29,100** |
| **4.** | **Laures** | **6302 Appomattox** | **$125,000** | **$108,000** | **$95,000** | **$30,000** |
|  | **Laures** | **6314 Appomattox** | **$125,000** | **$108,000** | **$95,000** | **$32,866.26** |
| **5.** | **Laures** | **615 W. 64th** | **$115,000** | **$101,700** | **$80,000** | **$35,425** |
| **6.** | **Laures** | **655 W. 64th** | **$115,000** | **$101,700** | **$80,000** | **$35,925** |
| **7.** | **Laures** | **671 W. 64th** | **$110,000** | **$99,000** | **$76,000** | **$34,725** |
| **8.** | **Laures** | **640 W. 61st** | **$110,000** | **$99,000** | **$76,000** | **$34,450** |
| **9.** | **Laures** | **710 W. 61st** | **$110,000** | **$93,500** | **$76,000** | **$34,000** |
|  | Christison | 665 W. 64th | $89,900 | $71,920 | $69,500 | $20,400 |
|  | Christison | 6212 Brown | $99,900 | $84,915 | $75,500 | $24,400 |
|  | Christison | 6104 Brown | $99,900 | $79,920 | $80,500 | $19,400 |
|  | Christison | 6308 Appomattox | $109,900 | $93,400 | $80,500 | $29,400 |
|  | Christison | 6203 Brown | $90,900 | $72,720 | $70,500 | $20,400 |