IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:11-cr-47 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATIONS** |
| | ) | |
| MARC ROBERT ENGELMANN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America and the defendant, with his attorney, hereby stipulate and agree as follows:

1. The federally insured financial institution element is established as to Counts 2–3 and the interstate wiring element is established as to Counts 4–9. Wells Fargo Bank, referenced in Counts 2 and 3 of the Indictment was, during the time period alleged in the Indictment, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation. And the defendant used or caused to be used the interstate wire facilities in the transactions alleged in Counts 4–9.

2. The following records and documents are authentic and constitute records of regularly conducted activity as defined in Rule 803(6) of the Federal Rules of Evidence (or reflect information contained in such records) and are relevant, and accordingly are admissible upon offer by either party without testimony of the custodians of records:

    1. Documents related to 6224 Appomatox & 6232 Appomattox (Counts 2 & 3)
        a. Excel Title closing records
        b. James Laures' records & The Family Credit Union records
        c. Quad City Bank & Trust records re Herdrich, Hanneken, and Sandcastle Properties, LLC
        d. US Bank records re Herdrich and Hanneken
        e. DataSource Appraisal records
        f. Wells Fargo records
        g. EMC loan file records
        h. Scott County Assessor records

    2. Documents related to 6302 & 6314 Appomattox (Count 4); 615 W. 64th St. (Count 5); 655 W. 64th St. (Count 6); 671 W. 64th St. (Count 7); 640 W. 61st St. (Count 8); and 710 W. 61st St. (Count 9)
        a. Excel Title closing records

    b.    James Laures' records & The Family Credit Union records
    c.    Quad City Bank & Trust records re Herdrich, Hanneken, and Sandcastle Properties, LLC
    d.    US Bank records re Herdrich and Hanneken
    e.    DataSource Appraisal records
    f.    New Century Mortgage records
    g.    Scott County Assessor records

3. Engelmann Transactions Summary Chart

4. Overall Conspiracy Summary Chart

5. Assessments & Appraisals Summary Chart

6. Iowa Supreme Court Attorney Disciplinary Board records re File No. 0506-518 (Tom Moens)

7. Laures Transaction Summary Chart

8. Laures Historical Transactions involving Marc Engelmann

9. Engelmann Closings May–June, 2006

10. New Century Underwriting Documents

Respectfully Submitted,

8-30-11
Date

_____
Marc Robert Engelmann
Defendant

8-30-11
Date

_____
David R. Treimer
Attorney for Marc Engelmann

8/30/11
Date

_____
John D. Keller
Assistant U. S. Attorney

2