IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:11-cr-47 |
| | ) | |
| v. | ) | |
| | ) | **GOVERNMENT'S WITNESS** |
| MARC ROBERT ENGELMANN, | ) | **LIST** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and submits the following list of witnesses who may be called to testify in the government's case-in-chief.  This list may not include all of the names of witnesses who may be called to testify in the government's case-in-chief.  The government reserves its right to call witnesses not named on this list if the government determines they would have relevant testimony.  The government is not required by rule or statute to file any witness list, and this list is provided for the convenience of the Court.  It is not meant to limit the government in who its witnesses will be at trial.

1. COR - Davenport Assessor

2. COR - Scott County Assessor

3. COR - Excel Title

4. COR - Ascentra Credit Union

5. COR - Valley Bank

6. COR - Northwest Bank & Trust Company

7. COR - Blue Grass Savings Bank

8. COR - Buffalo Savings Bank

9.   COR - Wells Fargo Bank, NA

10.  COR - US Bank

11.  COR - Quad City Bank & Trust Co.

12.  COR - Acoustic Home Loans

13.  COR - GMAC Mortgage

14.  COR - First Street Financial, Inc.

15.  COR - EMC Mortgage

16.  COR - New Century Mortgage

17.  COR - SN Servicing Corporation

18.  COR - ACC Capital Holdings Corporation

19.  COR - Wilshire Credit Corporation

20.  COR - InterBay Funding/Bayview Financial/Bayview Loan Servicing

21.  COR - Ocwen Loan Servicing

22.  COR - Quantum Servicing

23.  COR - Capital Appraisal

24.  COR - Re/Max

25.  COR - Vera French

26.  COR - Community Health Care

27.  COR - Social Security Administration

28.  COR - Retail DVD

29.  Special Agent Jeff Huber

30.  Special Agent Jim McMillan

31.  Mary Pat Harper

32. David Smith

33. Tom Wine

34. Richard Ladd

35. Pam Schuldt

36. Mike Skinner

37. Russell Thomas

38. Ulysses Walker

39. Clairice Walker

40. Lily Ann Stonehouse

41. James Liske

42. Kevin Koster

43. Irina Gotman

44. Michael Beauvais

45. Clete Hess

46. Daniel Perl

47. Richard Haddon

48. Julia Haddon

49. Darryl Hanneken

50. Robert Herdrich

51. Thomas Moens

52. Ivy Davey

53. Guy Johnson

54. Jeri Timmerman

55. Denisa Woods
56. Monica Torre-Ricker
57. Darrell Janssen
58. Mark Wilson
59. Jason Bradley
60. Richard Frantz
61. Bryan Kress
62. James Laures
63. Dennis O'Donnell
64. Megan Johnson
65. Jen Goodman
66. Brian Bastian
67. Ralph Christison
68. James Larson
69. Gregory Kingery
70. Margaret Raymond
71. Steve Newcombe
72. Emily Torre
73. Julio Aldecocea
74. Cathy Gockel
75. Christy Herschlag
76. Tania Almaguer
77. Melissa Oliver

78. Mary Lussier

79. Mary Crum

80. Susan Laures

81. Sandy Fosbinder

82. Carmen Reed

83. Amanda Riley

84. Sharon Daigle

                Respectfully Submitted,

                Nicholas A. Klinefeldt
                United States Attorney

By:  */s/ John D. Keller*
      John D. Keller
      Assistant United States Attorney
      U.S. Courthouse, Suite 310
      131 East 4th Street
      Davenport, Iowa 52801
      Tel: (563) 449-5432
      Fax: (563) 449-5433

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system.

                */s/ John D. Keller*
                John D. Keller
                United States Attorney's Office
                Southern District of Iowa