IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

CRIMINAL  3:10-CR-47

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARC ROBERT ENGELMANN

PROPOSED WITNESS LIST

    Defendant.

---

COMES NOW Marc Robert Englemann, by and through his attorney, David R. Treimer, and submits the following list of witnesses who may be introduced at trial:

BUYERS

1. Darryl Hanneken
2. Robert Herdrich

SELLERS

3. Guy Johnson
4. James Laures

FACT

5. Mary Pat Harper
6. Guy Johnson

EXPERTS

7. Marc Gellerman
8. Greg Franich
9. Thomas Shie

CHARACTER

10. Pamela Essner
11. Donald Hoehn
12. Joann Farnsworth
13. Norma Bickel
14. Jay Sommers
15. Hon. Paul Macek

This list may not include witnesses who may be introduced depending upon issues which may arise during trial. The Defendant reserves its right to introduce witnesses not on this list if Defendant's counsel determines their testimony would be relevant. It is not meant to limit the Defendant in what witnesses will be called at trial.

Respectfully submitted,

_____/s/_____

David R. Treimer
601 Brady Street Suite 311
Davenport, Iowa 52803
563-323-7889
ttswlaw@bigplanet.com

**CERTIFICATE OF SERVICE**

  I hereby declare that on August 30, 2011  I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Donald Allegro
Mr. John Keller
Assistant United States Attorney
 131 East 4th Street, Ste. 310
Davenport, IA 52801
*Attorney for USA*