IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL No. 3:11-cr-47 |
| Plaintiff, | ) | |
| v. | | |
| MARC ROBERT ENGLEMANN | ) | |
| | ) | DEFENDANT'S REQUESTED |
| | ) | |
| Defendant. | ) | VOIR DIRE |

COMES NOW the Defendant, by and through his attorney, David R. Treimer and requests the Court inquire the jury panel the following voir dire questions:

1. Has any juror, family member or close friend filed a complaint against an attorney?

2. Has any juror, family member or close friend made a claim against an attorney under the Client Security Fund?

3. Has any juror, family member or close friend filed a lawsuit against an attorney?

4. Has any juror, family member or close friend filed an ethical complaint against an attorney with the Iowa Bar Association?

5. Has any juror, family member or close friend had an unsatisfactory experience with an attorney?

6. Is any juror, family member or close friend related to an attorney, and if so, that attorney's speciality and the type of practice?

7. Does any juror, family member or close friend have a social relationship with an attorney, and if so, the attorney's type of practice?

8. Does any juror or family member currently have an intention of attending law school?

9. Does any juror have a negative impression of attorneys?

10. Does any juror, family member or close friend know an attorney who is a prosecutor either for the state or federal government?

11. Is any juror or family member related to anybody in law enforcement?

12. Does any juror have a close friend in law enforcement?

/s/

David R. Treimer
601 Brady Street  Suite 311
Davenport, Iowa  52803
563-323-7889
ttswlaw@bigplanet.com

**CERTIFICATE OF SERVICE**

I hereby declare that on August 30, 2011  I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Donald Allegro
Mr. John Keller
Assistant United States Attorney
131 East 4th Street, Ste. 310
Davenport, IA 52801
*Attorney for USA*