IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

)        CRIMINAL  3:11-CR-47

UNITED STATES OF AMERICA,

   Plaintiff,             )
                              )

v.                                    DEFENDANT'S RESPONSE TO
                              )       GOVERNMENT'S MOTION IN LIMINE
                              )

MARC ROBERT ENGELMANN

                              )
   Defendant.

---

      In response to the Government's Motion in Limine filed August 24, 2011, Defendant states:

      1. The Defense is not putting forth any defense to the effect that a financial institution is not a victim of fraud simply because an employee or agent of the institution has knowledge of fraudulent acts and is in complicity or participating in such acts.

      2. Mr. Engelmann's defense is that he was at all material times acting in good faith and that he did not have knowledge of anyone's fraudulent intent, or knowledge that any particular acts or omissions were for the purpose of advancing a fraud.

      3. Any evidence that an employee or agent of the victim had knowledge of the fraud, or was complicit or active in the fraud, is likely to be relevant and material to prove the conduct of that employee or agent would lead Mr. Englemann to believe nothing was amiss.

      4. Excluding such evidence would substantially prejudice Mr. Engelmann's defense and violate his Fifth and Sixth Amendment rights to present a defense. See: *U.S. v. Turning Bear*,

357 F. 3d 730, 733 (8th Cir. 2004)

WHEREFORE, Defendant prays the court rule such evidence that is material for the purpose set out above shall be admissible upon provision of proper foundation.

                                                     /s/
                                       David R. Treimer
                                       Attorney for Defendant
                                       601 Brady Street Suite 311
                                       Davenport, Iowa 52803
                                       563-323-7889
                                       ttswlaw@bigplanet.com

## CERTIFICATE OF SERVICE

I hereby declare that on September 1, 2011 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Donald Allegro
Mr. John Keller
Assistant United States Attorney
131 East 4th Street, Ste. 310
Davenport, IA 52801
*Attorney for USA*