IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARC ROBERT ENGELMANN<br><br>    Defendant. | )   CRIMINAL  3:11-CR-47<br>)<br>)<br>)<br>)<br>)   DEFENDANT'S RESPONSE TO<br>)   GOVERNMENT'S SECOND MOTION IN LIMINE<br>)<br>)<br>) |

___

    In its Second Motion in Limine, the Government is again attempting to infringe upon Defendant's Fifth and Sixth Amendment right to present a defense. The expert testimony the defense intends to offer will inform the jury as to the routine and common practices and procedures that were prevalent in the residential real estate financing market during the time frame in question. The allegations against Mr. Engelmann relate to a time when real estate transactions in the residential market were dominated by financing from subprime lenders. The evidence is, again, material to Mr. Engelmann's state of mind. The defense is that he acted in good faith in all of these transactions. The expert testimony will assist the jury in understanding that facts, circumstances and conditions the Government will cite or imply as indicators of fraud to Mr. Engelmann were in fact not unusual occurrences in a real estate attorney's daily practice in legitimate transactions, and apparently legitimate transactions, at the time in question. The expert testimony will assist the jury in understanding facts and deciding facts. It is relevant under Rule 702, F. R. Evid, and it is material to the defense.

The Government may employ objections, cross-examination and limiting instructions from the Court to address its concerns. Additionally, the Government can argue to the jury the weight the testimony deserves, but there is no danger of unfair prejudice in this evidence that is necessary and material to the defense.

                                                 /s/
                                         David R. Treimer
                                         Attorney for Defendant
                                         601 Brady Street  Suite 311
                                         Davenport, Iowa  52803
                                         563-323-7889
                                         ttswlaw@bigplanet.com

**CERTIFICATE OF SERVICE**

I hereby declare that on September 2, 2011 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Mr. Donald Allegro
Mr. John Keller
Assistant United States Attorney
 131 East 4th Street, Ste. 310
Davenport, IA 52801
*Attorney for USA*