IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARC ENGLEMANN,<br><br>　　　　　　　　　　Defendant. | CRIMINAL NO.  3:10-cr-87<br><br>DEFENSE COUNSEL'S EXHIBIT LIST |
|---|---|

COMES NOW, Marc Englemann, by and through undersigned attorney, David R. Treimer, and submits the attached proposed exhibit list.  Undersigned reserves the right to not admit all of these exhibits or add exhibits as circumstances and rules of evidence allow:

| **Exhibit** | **Description** | **Bate #** |
|---|---|---|
| L-1 | Laures Prior Transactions | N/A |
| L-2 | 9 Laures Transactions | N/A |
| E-1 | Englemann Chart | N/A |
| E-2 | Englemann May - June Closing | N/A |
| NC-1 | 6302 Appomatox Appraisal Review | 3933-36 |
| NC-2 | 6314 Appomatox Appraisal Review | 5465-68 |
| NC-3 | 642 W. 61st Street  Underwriter Appraisal Analysis | 4856-58 |
| NC-4 | 710 W. 61st Street  Underwriter Appraisal Analysis | 3619-20 |
| NC-5 | 655 W. 64th Street  Underwriter Appraisal Analysis | 5154-58 |
| NC-6 | 615 W. 64th Street  Underwriter Appraisal Analysis | 4241-44 |
| E-3 | Engelman Fax to Excell  05/02/2006 | 1353 |
| NC-7 | 6302 Appomatox Rental  Income Analysis | 3816-21 |
| NC-8 | 6314 Appomatox Rental Income Analysis | 5353-64 |

| Exhibit | Description | Bate # |
|---|---|---|
| NC-9 | 640 W. 61st Street Rental Income Analysis | 4743-51 |
| NC-10 | 710 W. 61st Street Rental Income Analysis | 3530-36 |
| NC-11 | 655 W. 64th Street Rental Income Analysis | 5039-49 |
| NC-12 | 615 W. 64th Street Rental Income Analysis | 4130-35 |
| E-4 | Tom Moens Documents | N/A |
|  |  |  |

_____/s/_____
David R. Treimer
Attorney for Defendant
601 Brady Street Suite 311
Davenport, Iowa 52803
563-323-7889
563-323-9309 Fax
ttswlaw@bigplanet.com

**CERTIFICATE OF SERVICE**

    I hereby declare that on September 2, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

   Mr. Donald Allegro
   Mr. John Keller
   Assistant United States Attorney
   131 East 4th Street, Ste. 310
   Davenport, IA 52801
   *Attorney for USA*

Case 3:11-cr-00047-JEG -TJS   Document 38   Filed 09/02/11   Page 3 of 4