# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE James E. Gritzner
Case No. 3:11-cr-00047-JEG
Court Reporter: Linda Egbers/Terri Martin
Interpreter: None

**Plaintiff(s)**: United States of America

**Defendant(s)**: Marc Robert Engelmann

Plaintiff(s) Counsel: Donald B Allegro; John D Keller

Defendant(s) Counsel: David R Treimer

Issues before the Court: Jury Trial -- Day One

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| [#19] Government Motion in Limine | Denied | |
| [#29] Government's Motion in Limine | Denied | |
| Defendant's Oral Motion in Limine | Sustained | |

**Proceedings:**

Court and counsel proceed on the record outside the presence of the jury: 8:38. Court discusses with counsel motions in limine and pretrial matters 8:37 - 8:48. Court plays "Called to Serve" video for jury: 9:05-9:25. Court in session before the venire panel: 9:26. Venire panel sworn: 9:27. Clerk calls initial jury panel: 9:37. Court voir dire: 9:37-10:48. Recess: 10:48-11:01. Gov't voir dire: 11:01-11:21. Def's voir dire: 11:21-11:30. Gov't passes for cause with the exception of a previously noted challenged made on the record; Def passes for cause. No Batson challenges. Counsel exercise strikes: 11:30-11:50. Jury empaneled; sworn in. Remaining jurors dismissed with Court's thanks. Lunch recess: 11:55. Court in session in presence of the jury: 1:20. Court reads preliminary jury instructions: 1:20-1:40. Gov't presents opening statements: 1:40-2:30. Defense opening statement: 2:30-2:50. Recess: 2:50-3:10. Gov't and Def counsel agree to pre-admitted all exhibits on Gov't and Def filed exhibit lists. Gov't reads stipulations into record. Gov't calls Pamela Schuldt; sworn; testifies: 3:10-4:18. Recess for the day: 4:18. Jury instructed to return at 9:00 Wednesday.

Time Start: 8:38 am
Time End: 4:18 pm
Date: September 6, 2011

/s/ Cheryl Murad/Andrew Elgin
Deputy Clerk