# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE James E. Gritzner
Case No. 3:11-cr-00047-JEG      : Court Reporter: Terri Martin
                                : Interpreter: None

Plaintiff(s)                    : Defendant(s)

United States of America        : Marc Robert Engelmann

Plaintiff(s) Counsel: Donald B Allegro; John D Keller

Defendant(s) Counsel: David R Treimer

Issues before the Court: Trial Day Two
Motion(s) for Ruling:                    Ruling   /   Ruling Reserved

Proceedings:

Ct on record out of presence of jury, 9:04-9:14. Ct vacates ruling on Def's Oral Motion in Limine from 9/6 and now denies motion. In the presence of jury, 9:14. Pamela Schuldt, testimony cont. 9:14-10:23. (Def. Exhibit PS-2 offered and admitted as demonstrative only.) Gov't calls Catherine Ann Gockel, sworn; testifies: 10:24-10:49. Morning recess: 10:50-11:10. Gov't calls James Laures, sworn; testifies: 11:11-11:53. Recess: 11:53-1:16. Gov't calls Tania Almaguer, sworn; testifies 1:18-1:50. Gov't calls Carmen Reed, sworn; testifies: 1:51-2:32. Afternoon recess: 2:32-2:48. Gov't recalls Carmen Reed; testifies: 2:48-2:54. Gov't calls Sandy Fosbinder, sworn; testifies: 2:55-3:25; Gov't calls Mary Lussier, sworn; testifies 3:25-3:43. Gov't calls Melissa Oliver, sworn; testifies: 3:43-3:51. Gov't calls Dennis O'Donnell, sworn; testifies: 3:52-4:41. Recess for the day: 4:41. Jury instructed to return Thursday at 9:00.

Time Start: 9:04 am
Time End: 4:42 pm                       /s/ Andrew Elgin
Date: September 7, 2011                 Deputy Clerk