# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE  James E. Gritzner
Case No.  3:11-cr-00047-JEG          : Court Reporter: Terri Martin
                                     : Interpreter: None

Plaintiff(s)                         : Defendant(s)

United States of America             : Marc Robert Engelmann

Plaintiff(s) Counsel:  Donald B Allegro; John D Keller

Defendant(s) Counsel:  David R Treimer

Issues before the Court: Jury Trial -- Day Three
Motion(s) for Ruling:                         Ruling    /    Ruling Reserved

Proceedings:

Ct on record in presence of jury, 9:02. Gov't calls Megan Johnson, sworn; testifies 9:03-9:26. Gov't calls Sharon Daigle, sworn; testifies 9:27-10:01. Gov't calls Mary Crum, sworn; testifies: 10:03-10:16. Gov't calls Christy Herschlag, sworn; testifies: 10:17-10:48. Morning recess, 10:48-11:07. Ct on record out of presence of jury, 11:07-11:15. In the presence of the jury, 11:16. Testimony continues, Christy Herschlag: 11:16-11:27. Gov't calls Jen Goodman, sworn; testifies: 11:28-11:35. Gov't calls Tom Moens, sworn; testifies: 11:38-12:02. Lunch recess: 12:02-1:22. Testimony continues, Tom Moens: 1:24-1:37. Gov't calls James Larson, sworn; testifies: 1:38-2:41. Afternoon recess: 2:41-2:57. Ct on record out of presence of jury, 2:58-3:01. On record in presence of jury, Gov't calls Special Agent Jeff Huber, sworn; testifies: 3:02-4:24. Gov't rests. Jury instructed to return at 9:00 am Friday. On record out of presence of jury, 4:25-4:28. Def will enter motion for judgment of acquittal in the morning. Recess for the day: 4:28.

Time Start:  9:02 am
Time End:  4:28 pm                          /s/ Andrew Elgin
Date:  September 8, 2011                    Deputy Clerk