# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE James E. Gritzner
Case No. 3:11-cr-00047-JEG     : Court Reporter: Terri Martin
                                : Interpreter: None

Plaintiff(s)                    : Defendant(s)
United States of America        : Marc Robert Engelmann

Plaintiff(s) Counsel: Donald B Allegro; John D Keller

Defendant(s) Counsel: David R Treimer

Issues before the Court: Jury Trial - Day Four

Motion(s) for Ruling:           Ruling    /    Ruling Reserved

Defense Oral Motion for Judgment of Acquittal    Denied

Proceedings:

On record out of presence of jury, 8:50 am. Defense motion for judgment of acquittal, but Defense moves to reserve argument and ruling until after Defense case. Motion for judgment of acquittal denied. Gov't requests reconsideration of its Motion in Limine [29]. Ct hears argument, denies Gov't motion in limine [29]. In presence of jury, 9:04. Defense calls Special Agent Jeff Huber, previously sworn; testifies: 9:04-9:10. Defense calls Darryl Hanneken, sworn; testifies: 9:11-10:12. Defense calls Guy Johnson, Jr., sworn; testifies: 10:13-10:28. Morning recess: 10:28-10:50. Defense calls Robert Herdrich, sworn; testifies: 10:51-11:25. Defense calls Marc Gellerman, sworn; testifies: 11:27-12:. Lunch Recess: 12:15-1:32. On record out of presence of jury, 1:32. On record in presence of jury, 1:38. Defense calls Marc Engelmann, sworn; testifies: 1:39-3:03. Afternoon recess: 3:03-3:20. Defense calls Greg Franich, sworn; testifies: 3:22-3:45. Defense calls Norma Bickel, sworn; testifies: 3:45-3:50. Defense calls Jay Sommers, sworn; testifies: 3:51-3:59. Defense calls Don Hoehn, sworn; testifies: 3:59-4:01. Defense calls Joanne Farnsworth, sworn; testifies: 4:01-4:04. Defense calls Pamela Essner, sworn; testifies: 4:04-4:07. Defense rests, 4:07. Gov't recalls Special Agent Jeff Huber; previously sworn; testifies: 4:08-4:14. Gov't calls Special Agent Jim McMillan, sworn; testifies: 4:14-4:21. Gov't rests, 4:22. Ct instructs the jury to return Monday at 10:00. Recess, 4:22.

Time Start: 8:50 am
Time End: 4:22 pm
Date: September 9, 2011

/s/ Andrew Elgin
Deputy Clerk