Could you please further define "good faith?"

Engelmann
3:11-cr-00047
Jury Question
#1
9-12-11
rec'd 3:45 pm