— What is the process for the jurors after verdict is read?

— When do we get notes for our employers

— Are we able to leave before everyone else in the courtroom?

How long do we deliberate before we go home for the day?

Engelmann, 3:11-cr-00047
Jury Question No. 2 (multiple)
9/12/2011, 4:37pm