# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING: HONORABLE  James E. Gritzner
Case No. 3:11-cr-00047-JEG          : Court Reporter: Terri Martin
                                    : Interpreter: None

Plaintiff(s)                        : Defendant(s)

United States of America            : Marc Robert Engelmann

Plaintiff(s) Counsel: Donald B Allegro; John D Keller

Defendant(s) Counsel: David R Treimer

Issues before the Court: Jury Trial - Day Five
Motion(s) for Ruling:                      Ruling        /    Ruling Reserved

Defense Motion for Judgment of Acquittal   Denied

Proceedings:

On record out of presence of jury, 9:51 am. Defense motion for judgment of acquittal; Ct denies motion. Recess, 9:56-10:02. On the record out of presence of jury, 10:02. Ct makes record regarding dismissal of alternate juror due to auto trouble. Ct makes record with regard to jury instructions. In presence of jury, 10:09. Ct reads final jury instructions: 10:09-10:32. Gov't closing argument: 10:33-11:22. Recess, 11:22-11:34. On record out of presence of jury, 11:34-11:35. In presence of jury, 11:36. Defense closing argument, 11:36-12:15. Gov't rebuttal: 12:15-12:25. Ct reads remainder of final instructions: 12:15-12:30. Ct excuses alternate with Ct's thanks. Jury deliberates, 12:31. On record out of presence of jury: 12:31. Ct makes record regarding exhibits. Recess: 12:35. Jury presents question number 1, 3:45. On record out of presence of jury, 3:45; conference with counsel in chambers. Ct makes record regarding Jury Question No. 1. Recess: 3:51. Jury presents question number 2, 4:37. On record in presence of jury, 4:37, Ct answers jury question number two and instructs jury about procedure and schedule of deliberations; jury elects to conclude deliberations for the day. Jury will return 9:00 am tomorrow. Ct recesses for day: 4:41.

Time Start: 9:51 am
Time End: 4:41 pm                          /s/ Andrew Elgin
Date: September 12, 2011                   Deputy Clerk