# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
V.
MARC ROBERT ENGELMANN

**EXHIBIT LIST**

Case Number: 3:11-cr-00047-JEG

| PRESIDING JUDGE<br>James E. Gritzner | PLAINTIFF'S ATTORNEY<br>Donald B Allegro; John D Keller | DEFENDANT'S ATTORNEY<br>David R Treimer |
|---|---|---|
| TRIAL DATE<br>9/6/2011 | COURT REPORTER<br>Terri Martin | COURTROOM DEPUTY<br>Andrew Elgin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 9/6/11 | YES | YES | U.S. v. Engelmann summary |
| 1B | | 9/6/11 | YES | YES | Assessed values summary |
| 1C | | 9/6/11 | YES | YES | Transaction summary |
| 1M | | 9/6/11 | YES | YES | Susan Laures proffer letter |
| 1N | | 9/6/11 | YES | YES | James Laures proffer letter |
| 1O | | 9/6/11 | YES | YES | Harper plea agreement |
| 1P | | 9/6/11 | YES | YES | Hanneken plea agreement |
| 1Q | | 9/6/11 | YES | YES | Herdrich plea agreement |
| 1R-1 | | 9/6/11 | YES | YES | Herdrich & Hanneken savings acct records -Quad City Bank & Trust Co. |
| 1R-2 | | 9/6/11 | YES | YES | Herdrich & Hanneken checking acct records -Quad City Bank & Trust |
| 1R-3 | | 9/6/11 | YES | YES | Sandcastle Properties checking acct records -Quad City Bank & Trust |
| 1R-4 | | 9/6/11 | YES | YES | Robert Herdrich checking account records -Quad City Bank & Trust |
| 1R-5 | | 9/6/11 | YES | YES | Robert Herdrich savings account records - Wells Fargo |
| 1R-6 | | 9/6/11 | YES | YES | Robert Herdrich checking account records - US Bank |
| 1R-7 | | 9/6/11 | YES | YES | Rave Salon & Spa, LLC checking account records -US Bank |
| 1R-8 | | 9/6/11 | YES | YES | Darryl Hanneken checking account records - US Bank |
| 1R-9 | | 9/6/11 | YES | YES | Darryl Hanneken savings account records - US Bank |
| 1R-10 | | 9/6/11 | YES | YES | Sandcastle Properties, LLC, checking acct #1 records - US Bank |
| 1R-11 | | 9/6/11 | YES | YES | Sandcastle Properties, LLC, checking acct #2records - US Bank |
| 2A | | 9/6/11 | YES | YES | HUD-1 |
| 2A-2 | | 9/6/11 | YES | YES | Excel balance ledger |

✑AO 187A (Rev. 7/87)    **EXHIBIT LIST – CONTINUATION**

| United States | | vs. | | Marc Robert Engelmann | CASE NO. 3:11-cr-00047 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERE | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 2B-1 | | 9/6/11 | YES | YES | Purchase K $125,0002B-1 |
| 2B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $95,000 |
| 2B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback |
| 2B-4 | | 9/6/11 | YES | YES | Engelmann summ. of transaction including kickback with note, "Can't be on HUD" |
| 2B-5 | | 9/6/11 | YES | YES | $28,000 check Laures to Herdrich "6224=buyer proceeds" |
| 2C-1 | | 9/6/11 | YES | YES | Declaration of value 125,000 prepared by Engelmann |
| 2C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $79,685-82,750 |
| 2C-3 | | 9/6/11 | YES | YES | DataSource Appraisal |
| 2D-1 | | 9/6/11 | YES | YES | WFB closing instructions to Excel |
| 2D-2 | | 9/6/11 | YES | YES | WFB approval of draft HUD-1 |
| 2D-3 | | 9/6/11 | YES | YES | WFB loan file |
| 2D-4 | | 9/6/11 | YES | YES | Wells Fargo Bank Flow Chart |
| 3A | | 9/6/11 | YES | YES | Excel Title records |
| 3A-1 | | 9/6/11 | YES | YES | HUD-1 |
| 3A-2 | | 9/6/11 | YES | YES | Excel balance ledger |
| 3B-1 | | 9/6/11 | YES | YES | Purchase K $125,000 |
| 3B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $95,000 |
| 3B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback |
| 3B-4 | | 9/6/11 | YES | YES | Engelmann summ. of trans. including kickback with note, "Can't show on HUD" |
| 3B-5 | | 9/6/11 | YES | YES | $28,000 check Laures to Herdrich "6232=buyer proceeds" |
| 3C-1 | | 9/6/11 | YES | YES | Declaration of value 125,000 prepared by Engelmann |
| 3C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $79,685 - 82,750 |
| 3C-3 | | 9/6/11 | YES | YES | DataSource appraisal |
| 3D-1 | | 9/6/11 | YES | YES | WFB closing instructions to Excel |
| 3D-2 | | 9/6/11 | YES | YES | WFB approval of draft HUD-1 |
| 3D-3 | | 9/6/11 | YES | YES | EMC loan file (for WFB) |
| 3D-3A | | 9/6/11 | YES | YES | Uniform Residential Loan Application |

≋AO 187A (Rev. 7/87)          **EXHIBIT LIST – CONTINUATION**

| United States | | vs. | | Marc Robert Engelmann | CASE NO. 3:11-cr-00047 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 3D-3B | | 9/6/11 | YES | YES | Underwriting Worksheet |
| 4A | | 9/6/11 | YES | YES | Excel Title records 6302 |
| 4A-1 | | 9/6/11 | YES | YES | HUD-1 6302 |
| 4A-2 | | 9/6/11 | YES | YES | Excel balance ledger 6302 |
| 4A-3 | | 9/6/11 | YES | YES | Excel Title records 6314 |
| 4A-4 | | 9/6/11 | YES | YES | HUD-1 6314 |
| 4A-5 | | 9/6/11 | YES | YES | Excel balance ledger 6314 |
| 4B-1 | | 9/6/11 | YES | YES | Purchase K $125,000 6302 |
| 4B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $95,000 6302 |
| 4B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, 6302, faxed 5-18-06 |
| 4B-4 | | 9/6/11 | YES | YES | Engelmann summary of transaction including kickback, 6302 |
| 4B-5 | | 9/6/11 | YES | YES | $30,000 check Laures to Herdrich "6302/6304 buyer proceeds" |
| 4B-6 | | 9/6/11 | YES | YES | Purchase K $125,000 6314 |
| 4B-7 | | 9/6/11 | YES | YES | Personal Financing Agreement $95,000 6314 |
| 4B-8 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, 6314, faxed 5-18-06, with notation "Closing - HUD #s" |
| 4B-9 | | 9/6/11 | YES | YES | Engelmann summary including kickback, 6314 |
| 4B-10 | | 9/6/11 | YES | YES | $30,000 check Laures to Herdrich "6314/6316 buyer proceeds" |
| 4C-1 | | 9/6/11 | YES | YES | Declaration of value 125,000 6302, prepared by Engelmann |
| 4C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, 6302, $77,834 - 80,830 |
| 4C-3 | | 9/6/11 | YES | YES | DataSource appraisal 6302 |
| 4C-4 | | 9/6/11 | YES | YES | Declaration of value 125,000 6314, prepared by Engelmann |
| 4C-5 | | 9/6/11 | YES | YES | |
| 4C-6 | | 9/6/11 | YES | YES | DataSource appraisal 6314 |
| 4D-1 | | 9/6/11 | YES | YES | NC closing figures approval 6302 |
| 4D-2 | | 9/6/11 | YES | YES | NC loan file 6302 |
| 4D-3 | | 9/6/11 | YES | YES | NC closing instructions & figures approval 6314 |
| 4D-4 | | 9/6/11 | YES | YES | NC loan file 6314 |

≋AO 187A (Rev. 7/87) **EXHIBIT LIST – CONTINUATION**

| United States | | vs. | | Marc Robert Engelmann | CASE NO. 3:11-CR-00047 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 4D-5 | | 9/6/11 | YES | YES | Herschlag NC underwriting documents |
| 4D-6 | | 9/6/11 | YES | YES | Goodman NC account manager documents |
| 4D-7 | | 9/6/11 | YES | YES | New Century Flow Chart |
| 5A | | 9/6/11 | YES | YES | Excel Title records |
| 5A-1 | | 9/6/11 | YES | YES | HUD-1 |
| 5A-2 | | 9/6/11 | YES | YES | Excel balance ledger |
| 5B-1 | | 9/6/11 | YES | YES | Purchase K $115,000 |
| 5B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $80,000 |
| 5B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, faxed 5-18-06 and 5-23-06 with note "#s for HUD" |
| 5B-4 | | 9/6/11 | YES | YES | Engelmann summary of transaction including kickback |
| 5B-5 | | 9/6/11 | YES | YES | $35,000 check Laures to Herdrich "615 buyer proceeds" |
| 5C-1 | | 9/6/11 | YES | YES | Declaration of value 115,000 prepared by Engelmann |
| 5C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $70,304 - 73,010 |
| 5C-3 | | 9/6/11 | YES | YES | DataSource appraisal |
| 5D-1 | | 9/6/11 | YES | YES | NC closing instructions and approval to Excel |
| 5D-2 | | 9/6/11 | YES | YES | NC loan file |
| 6A | | 9/6/11 | YES | YES | Excel Title records |
| 6A-1 | | 9/6/11 | YES | YES | HUD-1 |
| 6A-2 | | 9/6/11 | YES | YES | Excel balance ledger |
| 6B-1 | | 9/6/11 | YES | YES | Purchase K $115,000 |
| 6B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $80,000 |
| 6B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, faxed 5-18-06 and 5-23-06 |
| 6B-4 | | 9/6/11 | YES | YES | Engelmann summary of transaction including kickback |
| 6B-5 | | 9/6/11 | YES | YES | $35,000 check Laures to Herdrich "655/657 buyer proceeds" |
| 6C-1 | | 9/6/11 | YES | YES | Declaration of value 115,000 prepared by Engelmann |
| 6C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $73,664 - 76,500 |
| 6C-3 | | 9/6/11 | YES | YES | DataSource appraisal |

| United States | | vs. | Marc Robert Engelmann | CASE NO. 3:11-CR-00047 | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 6D-1 | | 9/6/11 | YES | YES | NC closing instructions and approval to Excel |
| 6D-2 | | 9/6/11 | YES | YES | NC loan file |
| 7A | | 9/6/11 | YES | YES | Excel Title records |
| 7A-1 | | 9/6/11 | YES | YES | HUD-1 |
| 7A-2 | | 9/6/11 | YES | YES | Excel balance ledger |
| 7B-1 | | 9/6/11 | YES | YES | Purchase K $110,000 |
| 7B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $76,000 |
| 7B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, faxed 5-19-06 and 5-23-06 |
| 7B-4 | | 9/6/11 | YES | YES | Engelmann summary of transaction including kickback |
| 7B-5 | | 9/6/11 | YES | YES | $34,000 check Laures to Herdrich "671/673 buyer proceeds" |
| 7C-1 | | 9/6/11 | YES | YES | Declaration of value 110,000 prepared by Engelmann |
| 7C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $71,084 - 73,820 |
| 7C-3 | | 9/6/11 | YES | YES | DataSource appraisal |
| 7D-1 | | 9/6/11 | YES | YES | NC closing instructions and approval to Excel |
| 7D-2 | | 9/6/11 | YES | YES | NC loan file |
| 8A | | 9/6/11 | YES | YES | Excel Title records |
| 8A-1 | | 9/6/11 | YES | YES | HUD-1 |
| 8A-2 | | 9/6/11 | YES | YES | Excel balance ledger |
| 8B-1 | | 9/6/11 | YES | YES | Purchase K $110,000 |
| 8B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $76,000 |
| 8B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, faxed 5-19-06 and 5-23-06 |
| 8B-4 | | 9/6/11 | YES | YES | Engelmann summary of transaction including kickback |
| 8B-5 | | 9/6/11 | YES | YES | $34,000 check Laures to Herdrich "640/642 buyer proceeds" |
| 8C-1 | | 9/6/11 | YES | YES | Declaration of value 110,000 prepared by Engelmann |
| 8C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $77,002 - 79,960 |
| 8C-3 | | 9/6/11 | YES | YES | DataSource appraisal |
| 8D-1 | | 9/6/11 | YES | YES | NC closing instructions and approval to Excel |

✎AO 187A (Rev. 7/87)  **EXHIBIT LIST – CONTINUATION**

| United States | | vs. | | Marc Robert Engelmann | CASE NO. 3:11-CR-00047 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERE | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 8D-2 | | 9/6/11 | YES | YES | NC loan file |
| 9A | | 9/6/11 | YES | YES | Excel Title records |
| 9A-1 | | 9/6/11 | YES | YES | HUD-1 |
| 9A-2 | | 9/6/11 | YES | YES | Excel balance ledger |
| 9B-1 | | 9/6/11 | YES | YES | Purchase K $110,000 |
| 9B-2 | | 9/6/11 | YES | YES | Personal Financing Agreement $76,000 |
| 9B-3 | | 9/6/11 | YES | YES | Engelmann summary with no kickback, faxed 6-16-06 |
| 9B-5 | | 9/6/11 | YES | YES | $34,000 check Laures to Herdrich "Buyer proceeds for 710/712" |
| 9C-1 | | 9/6/11 | YES | YES | Declaration of value 110,000 prepared by Engelmann |
| 9C-2 | | 9/6/11 | YES | YES | Assessor values 04-06, $75,472 - 78,370 |
| 9C-3 | | 9/6/11 | YES | YES | DataSource appraisal |
| 9D-1 | | 9/6/11 | YES | YES | NC closing instructions and approval to Excel |
| 9D-2 | | 9/6/11 | YES | YES | NC loan file |
| 9D-2A | | 9/6/11 | YES | YES | Data Audit Sheet |
| 9D-2B | | 9/6/11 | YES | YES | Wire Request Form |
| | E-1 | 9/6/11 | YES | YES | Engelmann Chart |
| | E-2 | 9/6/11 | YES | YES | Engelmann May - June Closing |
| | E-3 | 9/6/11 | YES | YES | Engelman Fax to Excell 05/02/2006 |
| | E-4 | 9/6/11 | YES | YES | Tom Moens Documents |
| | L-1 | 9/6/11 | YES | YES | Laures Prior Transactions |
| | L-2 | 9/6/11 | YES | YES | 9 Laures Transactions |
| | NC-1 | 9/6/11 | YES | YES | 6302 Appomatox Appraisal Review |
| | NC-2 | 9/6/11 | YES | YES | 6314 Appomatox Appraisal Review |
| | NC-3 | 9/6/11 | YES | YES | 642 W. 61st Street Underwriter Appraisal Analysis |
| | NC-4 | 9/6/11 | YES | YES | 710 W. 61st Street Underwriter Appraisal Analysis |
| | NC-5 | 9/6/11 | YES | YES | 655 W. 64th Street Underwriter Appraisal Analysis |
| | NC-6 | 9/6/11 | YES | YES | 615 W. 64th Street Underwriter Appraisal Analysis |

✎AO 187A (Rev. 7/87) **EXHIBIT LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | United States   vs.   Marc Robert Engelmann   CASE NO. 3:11-CR-00047 |
| | NC-7 | 9/6/11 | YES | YES | 6302 Appomatox Rental Income Analysis |
| | NC-8 | 9/6/11 | YES | YES | 6314 Appomatox Rental Income Analysis |
| | NC-9 | 9/6/11 | YES | YES | 640 W. 61st Street Rental Income Analysis |
| | NC-10 | 9/6/11 | YES | YES | 710 W. 61st Street Rental Income Analysis |
| | NC-11 | 9/6/11 | YES | YES | 655 W. 64th Street Rental Income Analysis |
| | NC-12 | 9/6/11 | YES | YES | 615 W. 64th Street Rental Income Analysis |
| | PS-1 | 9/7/11 | YES | YES | Excel Fax Cover sheet |