AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     IOWA

UNITED STATES OF AMERICA  
V.  
MARC ROBERT ENGELMANN

**WITNESS LIST**

Case Number:     3:11-cr-00047-JEG

| PRESIDING JUDGE<br>James E. Gritzner | | PLAINTIFF'S ATTORNEY<br>Donald B Allegro; John D Keller | | DEFENDANT'S ATTORNEY<br>David R Treimer |
|---|---|---|---|---|
| TRIAL DATE<br>9/6/2011 | | COURT REPORTER | | COURTROOM DEPUTY<br>Andrew Elgin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9/6-9/7 | | | Pamela Schuldt, 9/6/2011: Direct: 3:10-4:18; 9/7/2011 Cross : 9:14-10:05; Redirect: 10:05-10:17; Recross: 10:17-10:23. |
| X | | 9/7 | | | Catherine Ann Gockel,  Direct: 10:24-10:39; Cross: 10:39-10:49. |
| X | | 9/7 | | | James Laures, Direct: 11:11-11:34; Cross: 11:34-11:46; Redirect: 11:46-11:52; Recross: 11:52-11:53 |
| X | | 9/7 | | | Tania Almaguer,  Direct: 1:18-1:33; Cross: 1:33-1:44; Redirect: 1:44-1:48; Recross: 1:48-1:50; Redirect: 1:50-1:50 |
| X | | 9/7 | | | Carmen Reed,  Direct: 1:51-2:10; Cross: 2:10-2:26; Redirect: 2:26-2:32. |
| X | | 9/7 | | | Carmen Reed (recalled),  Direct: 2:48-2:51; Cross: 2:51-2:54 |
| X | | 9/7 | | | Sandy Fosbinder, Direct: 2:55-3:12; Cross: 3:12-3:25 |
| X | | 9/7 | | | Mary Lussier, : Direct: 3:25-3:35; Cross: 3:35-3:41; Redirect: 3:41-3:42; Recross: 3:42-3:43 |
| X | | 9/7 | | | Melissa Oliver, Direct: 3:43-3:47; Cross: 3:47-3:50; Redirect: 3:50-3:51 |
| X | | 9/7 | | | Dennis O'Donnell, Direct: 3:52-4:20; Cross: 4:20-4:40; Redirect: 4:40-4:41 |
| X | | 9/8 | | | Megan Johnson, Direct: 9:03-9:15; Cross: 9:15-9:26 |
| X | | 9/8 | | | Sharon Daigle. Direct: 9:27- 9:48; Cross: 9:48-9:58; Redirect: 9:58-9:59; Recross: 9:59-9:59-10:01. |
| X | | 9/8 | | | Mary Crum, Direct: 10:03-10:10; Cross: 10:10-10:15; Redirect: 10:15-10:16. |
| X | | 9/8 | | | Christy Herschlag, Direct: 10:17-10:34; Cross: 10:34-10:48, 11:16-11:26; Redirect: 11:26-11:27. |
| X | | 9/8 | | | Jen Goodman, Direct: 11:28-11:32; Cross: 11:32-11:35 |
| x | | 9/8 | | | Tom Moens, Direct: 11:38-11:53; Cross: 11:53-12:02; 1:24-1:31; Redirect: 1:31-1:33; Recross: 1:33-1:36; Redirect: 1:36-1:37 |
| X | | 9/8 | | | James Larson, Direct: 1:38-2:10; Cross: 2:10-2:35; Redirect: 2:35-2:41 |

✎AO 187A (Rev. 7/87)                          **WITNESS LIST – CONTINUATION**

| United States | | vs. | Marc Robert Engelmann | | CASE NO. 3:11-CR-00047 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| X | | 9/8/2011 | | | Special Agent Jeff Huber, Direct: 3:02-4:06; Cross: 4:06-4:24 |
| | X | 9/9/2011 | | | Special Agent Jeff Huber, Direct: 9:04-9:10. |
| | X | 9/9 | | | Darryl Hanneken, Direct: 9:11-9:42; Cross: 9:42-10:06; Redirect: 10:06-10:10; Recross 10:10-10:12 |
| | X | 9/9 | | | Guy Johnson, Jr., Direct: 10:13-10:21; Cross: 10:21-10:24; Redirect: 10:24-10:26; Recross: 10:26-10:27; Redirect: 10:27-10:28; Recross: 10:28-10:28. |
| | X | 9/9 | | | Robert Herdrich, Direct: 10:51-11:11; Cross: 11:11-11:19; Redirect: 11:19-11:22; Recross: 11:22-11:25. |
| | X | 9/9 | | | Marc Gellerman, Direct: 11:27-12:02; Cross: 12:02-12:15 |
| | X | 9/9 | | | Marc Engelmann, Direct: 1:39-2:17; Cross: 2:17-2:59; Redirect: 2:59-3:03 |
| | X | 9/9 | | | Greg Franich, Direct: 3:22-3:41;Cross: 3:41-3:43; Redirect: 3:43-3:45 |
| | X | 9/9 | | | Norma Bickel, Direct: 3:45-3:50. |
| | X | 9/9 | | | Jay Sommers, Direct: 3:51-3:55; Cross: 3:55-3:39 |
| | X | 9/9 | | | Don Hoehn, Direct: 3:59-4:01 |
| | X | 9/9 | | | Joanne Farnsworth, Direct: 4:01-4:04 |
| | X | 9/9 | | | Pamela Essner, Direct: 4:04-4:07. |
| X | | 9/9 | | | Special Agent Jeff Huber, Direct: 4:08-4:13; Cross: 4:13-4:14 |
| X | | 9/9 | | | Special Agent Jim McMillan, Direct: 4:14-4:18; Cross: 4:18-4:21 |