# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

**PRESIDING:** HONORABLE THOMAS J. SHIELDS, U.S. MAGISTRATE JUDGE

Case No. 3:11-cr-00047  
Court Reporter: Terri Martin  
Interpreter: none

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** MARC ROBERT ENGLEMANN

**Plaintiff(s) Counsel:** Donald Allegro and John Keller

**Defendant(s) Counsel:** David Treimer

**Issues before the Court:** Jury Trial and Verdict

Motion(s) for Ruling:     Ruling / Ruling Reserved

**Proceedings:**

Jury continued its deliberation at 9:00 am. At 9:35 am, Court receives note saying they have reached a verdict. Court reporter Terri Martin appears in Des Moines by video conference. At 9:58am, in open Court, jury enters courtroom. Court publishes verdict at 10:00 am. Defendant found guilty on all 9 counts. Court polls jury at 10:05 am. Court thanks the jury and excuses the jury. Government agrees that defendant should remain on release status. Court orders the defendant will remain on release status subject to previously imposed conditions. Court further sets a status conference for December 16, 2011, at 8:30 am before Judge Thomas J. Shields. Court adjourns at 10:08am.

Time Start: 9:00 am  
Time End: 10:08 am  
Date: September 13, 2011

/s/ Brian Phillips  
Deputy Clerk