IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC ROBERT ENGELMANN,<br><br>Defendant. | **Criminal No. 3:11-cr-00047-JEG**<br><br><br>**VERDICT FORMS** |

COUNT ONE

With regard to the crime of Conspiracy, as charged in Count One of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

____✓____ GUILTY          _____ NOT GUILTY

COUNT TWO

With regard to the crime of Bank Fraud, based on Defendant ENGELMANN's misrepresentations to Wells Fargo Bank, a federally insured financial institution, in relation to a real estate transaction involving the sale of property at 6224 Appomattox Rd. located in Davenport, Iowa, as charged in Count Two of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

____✓____ GUILTY          _____ NOT GUILTY

## COUNT THREE

With regard to the crime of Bank Fraud, based on Defendant ENGELMANN's misrepresentations to Wells Fargo Bank, a federally insured financial institution, in relation to a real estate transaction involving the sale of property at 6232 Appomattox Rd., located in Davenport, Iowa, as charged in Count Three of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY              _____ NOT GUILTY

## COUNT FOUR

With regard to the crime of Wire Fraud, based on Defendant ENGELMANN's misrepresentations through Excel Title to New Century Mortgage regarding the sales of properties located at 6302 Appomattox Road and 6314 Appomattox Road, in Davenport, Iowa, as charged in Count Four of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY              _____ NOT GUILTY

## COUNT FIVE

With regard to the crime of Wire Fraud, based on Defendant ENGELMANN's misrepresentations through Excel Title to New Century Mortgage regarding the sale of property located at 615 West 64th Street, in Davenport, Iowa, as charged in Count Five of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY              _____ NOT GUILTY

### COUNT SIX

With regard to the crime of Wire Fraud, based on Defendant ENGELMANN's misrepresentations through Excel Title to New Century Mortgage regarding the sale of property located at 655 West 64th Street, in Davenport, Iowa, as charged in Count Six of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY          _____ NOT GUILTY

### COUNT SEVEN

With regard to the crime of Wire Fraud, based on Defendant ENGELMANN's misrepresentations through Excel Title to New Century Mortgage regarding the sale of property located at 671 West 64th Street, in Davenport, Iowa, as charged in Count Seven of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY          _____ NOT GUILTY

### COUNT EIGHT

With regard to the crime of Wire Fraud, based on Defendant ENGELMANN's misrepresentations through Excel Title to New Century Mortgage regarding the sale of property located at 640 West 61st Street, in Davenport, Iowa, as charged in Count Eight of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY          _____ NOT GUILTY

## COUNT NINE

With regard to the crime of Wire Fraud, based on Defendant ENGELMANN's misrepresentations through Excel Title to New Century Mortgage regarding the sale of property located at 710 West 61st Street, in Davenport, Iowa, as charged in Count Nine of the Indictment, we, the jury, find the Defendant, MARC ROBERT ENGELMANN:

__✓__ GUILTY         _____ NOT GUILTY

DATE: 9-13-11