

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Marc Robert Engelmann,<br><br>Defendant. | No. 3:11CR00047-JEG-TJS-01<br><br>ORDER FOR STATUS CONFERENCE AND CONCERNING SUBMISSION OF MOTIONS AND OTHER MATERIALS INVOLVING SENTENCING ISSUES AND SETTING SENTENCING HEARING |

## I. STATUS CONFERENCE

The United States District Court shall hold a sentencing status conference with the parties, on **November 18, 2011, at 8:30 a.m. in Davenport, Iowa. Counsel must participate in this conference. If the case is already set for sentencing, and if there are no changes in the circumstances that would impact the sentencing, then counsel will not be required to attend if they notify the Court by letter or telephone call in advance of the conference date, that the case remains ready for sentencing.**

## II. DISCLOSURE OF PRE-SENTENCE REPORTS

The initial Pre-Sentence Investigation Report (PSIR) shall be completed and disclosed to the parties no later than forty-five (45) calendar days following the date of adjudication. In accordance with this Order, the initial PSIR shall be disclosed on **October 28, 2011.** Initial disclosure of the PSIR shall occur by way of U.S. Mail and/or electronic mail (e-mail). Disclosure of the initial PSIR to both parties shall mean the PSIR has been furnished to counsel for the Government and the Defendant for purposes of Rule 32(b)(6)(A).

Within __14__ days after the PSIR's initial disclosure, counsel shall file with the Court any objections counsel may have to any material facts, information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the PSIR.

1

Prior to the above-scheduled status conference, the United States Probation Office shall hold an objection meeting, via telephone or in person, with the parties within fourteen (14) days subsequent to the above-stated date for filing objections to the PSIR. In accordance with Rule 32(f)(3), the Probation office and the parties are expected to meet and discuss the objections for possible resolution.

### III. SENTENCING DATE

The parties involved shall appear before the Court for sentencing proceedings on **December 12, 2011, at 2:00 p.m. in Davenport, Iowa, before U.S. District Court Judge James E. Gritzner.** The estimated time required for the sentencing hearing is 30 minutes; however, the parties shall notify the Court if more time is needed. The final pre-sentence report shall be released to the Court and parties no later than seven (7) days in advance of the sentencing date in connection with which the Probation Officer will advise the Court further as to the projected length of the sentencing hearing, whether the parties intend to call witnesses, whether it is anticipated that any victims may wish to be present and/or address the Court, and whether there are any other unique logistical or scheduling issues.

### IV. PRE-SENTENCE SUBMISSIONS

Not later than three (3) court days prior to the date set for sentencing, the parties shall file, serve, and deliver to the assigned Probation Officer any motions, sentencing memoranda, or briefs the party would like the Court to consider at the sentencing hearing. Additionally, by the same deadline, copies of any letters or other exhibits the party would like the Court to consider at the sentencing hearing should be delivered to the chambers of the sentencing judge, with copies provided to opposing counsel and the Probation Officer, but these materials should not be filed. If counsel wants the Court to retain these items after sentencing, counsel affirmatively must make such request. The requirements in this section do not apply to resistances or responses to motions or briefs served less than seven (7) days

before the sentencing hearing, Government motions under Sentencing Guideline USSG §5K1.1 or 18 U.S.C. § 3553(e), or rebuttal or impeachment exhibits.

**IT IS SO ORDERED.**

Dated this 13th day of September, 2011.

_____
Thomas J. Shields
United States District Court Chief Magistrate Judge