# UNITED STATES DISTRICT COURT
## Southern District of Iowa

*Chambers of*
**JAMES E. GRITZNER**
*District Judge*
United States Courthouse
123 East Walnut Street
Des Moines, IA 50309



Phone: 515/284-6291
Fax: 515/284-6205

September 14, 2011

*SENT VIA FAX*

David R. Treimer    563-323-9309
Don Allegro and John Keller    563-449-5433

RE:    No. 3:11cr047. USA v. Marc Robert Engelmann.

Dear Counsel:

I am at our Courthouse in Council Bluffs today but wanted to as promptly as possible bring this to your attention. At 8:32 a.m. today, a member of my staff answered a call from a gentleman identifying himself as Richard (Dick) McNamara, who said that he observed "an injustice" during the Engelmann trial. Mr. McNamara described himself as the "guy in the orange shirt" on the first day of trial. Before providing the details, Mr. McNamara prefaced his comments remarking how much he had struggled with the decision to bring this information to the Court's attention.

Mr. McNamara first noted that the issue concerned the FBI agents involved in the Engelmann trial. He did not mention the agents by name but said one of them was the "good looking guy sitting at the prosecution table" during the trial; thus, I assume he was talking about Special Agent Huber. McNamara said that the incident occurred after SA Huber had been on the stand. McNamara said that the court called a "normal recess" and that during the recess, SA Huber went into the hallway and was joined by the other FBI agent whom SA Huber had identified during his testimony as his partner/associate agent in the Engelmann investigation; I assume this was Special Agent McMillan. McNamara said another gentleman joined the two agents, but McNamara did not know the third gentleman's role in the case but "would recognize him" if he saw him. McNamara said he overheard the three men talking and "clearly" heard SA Huber inform SA McMillan how he testified regarding the procedure and techniques they used during the Engelmann investigation. McNamara also said that during the conversation, SA Huber looked at some notes, which appeared to be the same notes SA Huber referred to during his testimony. McNamara said that the "other agent," referring to SA McMillan, later took the stand and gave the same description of the investigation as SA Huber had given. Then, when the prosecution gave its closing remarks, McNamara said he became outraged when he believes he heard the prosecutor say that the two agents had given "independent" testimonies and never talked to one another about their testimonies. McNamara described this as an "absolute lie" and felt an injustice had occurred.

Counsel
September 14, 2011
Page 2

    Mr. McNamara was asked his connection to the trial, and he said that his wife and Engelmann's wife are friends, but that he was there as an observer. He also expressed concern about possible response by the FBI to his coming forward with this information.

    This is the entire content of the communication to the Court. I felt the information should be provided to the parties as soon as possible.

Sincerely,

JAMES E. GRITZNER, JUDGE
UNITED STATES DISTRICT COURT

nh