IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MARC ROBERT ENGELMANN<br>Defendant. | CRIMINAL NO. 3:10-cr-47<br><br><br>MOTION FOR CONTINUANCE OF SENTENCING |

  Comes now David R. Treimer, attorney for the above-named Defendant and hereby moves for continuance of sentencing in the above captioned cause. In support thereof the undersigned respectfully states:

  1. That sentencing is currently scheduled for Monday, December 12, 2011 at 1:30 P.M.. Forty-five minutes has been allotted.

  2. That counsel for the Government, AUSA John Keller and the undersigned counsel have discussed a continuance and the Government has no objection.

  3. There are some issues to be worked out prior to sentencing and potential testimony. The defendant has filed several objections to the presentence report which counsel needs to further research.

  4. The defendant reasonably believes sentencing may require up to two hours.

  5. The defendant is requesting a 30-day continuance from December 12th.

  WHEREFORE, the Defendant respectfully requests the sentencing be reset to mid or late January 2012 and this case returned to a status conference on December 28, 2011 at 8:30 A.M..

    Respectfully submitted

    _____/S/_____David R. Treimer_____
    David R. Treimer
    Attorney for Defendant
    601 Brady Street, Suite 311
    Davenport, Iowa  52803-5251
    (563) 323-7889
    (563) 323-9309 facsimile

Copy to:
AUSA John Keller


I, David R. Treimer hereby certifies that this document was filed through the EMECF electronic filing system and that Assistant United States Attorney Lisa Williams will receive notification through that system.  November 22, 2011

    ____/s/ David Treimer____
    David R. Treimer