IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>vs.<br><br>MARC ROBERT ENGELMANN<br>         Defendant. | CRIMINAL NO. 3:10-cr-47<br><br><br>MOTION TO RESCHEDULE TIME OF SENTENCING |

  Comes now David R. Treimer, attorney for the above-named Defendant and hereby moves to reschedule the time of sentencing in the above captioned cause. In support thereof the undersigned respectfully states:

  1. That sentencing is currently scheduled for Friday, January 20, 2012 at 4:00 P.M.

  2. That counsel for the Government, AUSA John Keller and the undersigned counsel have discussed moving sentencing to 3:00 P.M. and the Government has no objection. This would mean rescheduling the sentencing in Case No. 3:2011-cr-00037, U.S. v Clain which is currently set for 3:00 P.M. Federal Defender Diane Helphrey represents Mr. Clain and she and her client have no objection to rescheduling. Ms. Helphrey asks that she be consulted prior to rescheduling to avoid any scheduling conflicts. Her client is not in custody.

  3. The defendant reasonably believes sentencing may require more than one hour.

WHEREFORE, the Defendant respectfully requests the sentencing be rescheduled to 3:00 P.M. on January 20, 2012.

                                      Respectfully submitted

                                      _____/S/_____David R. Treimer_____
                                      David R. Treimer
                                      Attorney for Defendant
                                      601 Brady Street, Suite 311
                                      Davenport, Iowa  52803-5251
                                      (563) 323-7889
                                      (563) 323-9309 facsimile

Copy to:
AUSA John Keller


I, David R. Treimer hereby certifies that this document was filed through the EMECF electronic filing system and that Assistant United States Attorney John Keller will receive notification through that system.  January 9, 2012.

                                      ____/s/ David Treimer____
                                      David R. Treimer