## DECLARATION OF RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, _Cynthia Browner_ , am employed by _Reimax Bi-State_

_____ as _Broker_ _____

_____ .

In that capacity, I am either the custodian of records for that business or I have knowledge of the

systems and procedures used by that business to create and maintain the records being certified

by this Declaration.

I have reviewed the records attached to this Declaration and based upon my knowledge of

the regular business practices of that business I know that:

(A) the attached records (number _____ pages) were made at or near the time of the

occurrence of the matters set forth by, or from information transmitted by, a person with

knowledge of those matters;

(B) the attached records were kept in the course of the regularly conducted activity of that

business; and,

(C) it was the regular practice of that business to make the attached records.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on _/ – / 8 –_____, 2012.

_Cynthia Browner_
(Signature)

GOVERNMENT
EXHIBIT
2

029584

*Main Street Valuations*

### ORDER INFORMATION

| Inspection Date | Client | | Client Contact | | | Client Loan No. | Main Street Order No. |
|---|---|---|---|---|---|---|---|
| 4/8/2008 | | | | | | | 75810 |
| Borrower | Address | | City | | State | Zip | Assessor Parcel No. |
| Herdrich | 6302 Appomattox Rd | | Davenport | | IA | 52806 | X0235D05 |
| Inspection Type | Broker Name | | Broker Company | | Broker Phone | | Info. Source |
| Exterior | Cyndee Browner | | Re/Max Bi-State | | (563) 388-0008 | | Tax data |

### PROPERTY INFORMATION

| Property Vacant | Secured | Land Value | View | | Market Rent(Mnth) | HOA Fees | Guest House SF | Guest House Bsmt SF |
|---|---|---|---|---|---|---|---|---|
| No | Yes | | Equal | | | per | 0 | 0 |
| Currently Listed | Listed in Last 12 mo. | Original List Price | Current List Price | DOM | | Listing Broker | Listing Company | Listing Phone |
| No | No | $134,900 | $134,900 | 207 | | Roy Harper | Roy Harper Realty | (563) 391-3233 |
| Sold in Last 12 mo. | Original List Price | Final List Price | DOM | | Sale Price | Sale Date | Listing Broker | Listing Phone |
| No | $ | $ | 0 | | $ | | | |

### NEIGHBORHOOD INFORMATION

| Population Density | Crime/Vandal Risk | Neighborhood Trend | Homes values are | | Enviromental Issues | Owner Occupied % | Pride of Ownership |
|---|---|---|---|---|---|---|---|
| Suburban | Low | Declining | at a rate of | % 0.000 per month | No | 60.000 % | Fair |
| Competing Listings | Value Range | | Supply | Demand | | Predominant Buyer | |
| 4 | 35,000 to 129,900 | | Stable | Stable | | Investor | |

### COMPARABLE INFORMATION

| Property Info | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | Listed Comp 1 | Listed Comp 2 | Listed Comp 3 |
|---|---|---|---|---|---|---|---|
| Address | 6302 Appomattox Rd | 635-637 W 63rd St. | 6212 Brown St. | 710 W 61st St. | 665 W 64th St. | 6112-6114 Western ave. | 6224 Appomattox Rd. |
| Address2 | | | | | | | |
| City | Davenport | Davenport | Davenport | Davenport | Davenport | Davenport | Davenport |
| County | Scott | Scott | Scott | Scott | Scott | Scott | Scott |
| State | IA | IA | IA | IA | IA | IA | IA |
| Zip | 52806 | 52806 | 52806 | 52803 | 52806 | 52806 | 52806 |
| Proximity (in miles) | | 0.50 miles | 0.08 miles | 0.30 miles | 0.10 miles | 0.30 miles | 0.10 miles |
| List Price | $ | $37,900 | $50,900 | $115,000 | $35,000 | $35,000 | $53,900 |
| Sale Price | $ | $37,900 | $50,900 | $60,000 | | | |
| Sale Date | | 3/5/2008 | 2/29/2008 | 11/29/2007 | | | |
| Concessions | $ | $ | $ | $50,000 | | | |
| DOM | 0 | 12 | 8 | 105 | 4 | 70 | 49 |
| No. of Units | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Property Type | Duplex | Duplex | Duplex | Duplex | Duplex | Duplex | Duplex |
| Property Style | Side by Side | Side by Side | Side by Side | Side by Side | Side by Side | Side by Side | Side by Side |
| Condition | Average | Fair | Average | Average | Fair | Fair | Average |
| Year Built | 1979 | 1978 | 1978 | 1979 | 1978 | 1979 | 1979 |
| Lot Size (in acres) | 0.19 acres | 0.06 acres | 0.19 acres | 0.23 acres | 0.18 acres | 0.19 acres | 0.19 acres |
| Sq ft above grade | 2,200 sq. ft. | 1,536 sq. ft. | 1,824 sq. ft. | 1,536 sq. ft. | 1,908 sq. ft. | 1,536 sq. ft. | 2,200 sq. ft. |
| Total Rooms | 10 | 8 | 10 | 8 | 8 | 10 | 10 |
| Bedrooms | 6 | 4 | 4 | 4 | 4 | 4 | 5 |
| Full Baths | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Half Baths | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sq ft below grade | Partial | Full | Partial | Partial | Full | Full | Partial |
| % Basement Finished | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % |
| Garage/Carport | None | Garage - 2 Car | Garage - 2 Car | Garage - 2 Car | None | Garage - 2 Car | None |
| Pool/Spa/ Fireplace | None Noted | None Noted | None Noted | None Noted | None Noted | None Noted | None Noted |
| Price per sq. ft. | $0.00 | $24.67 | $27.91 | $39.06 | $18.34 | $22.79 | $24.50 |

**Sold Comp 1 Comments**
One Unit has Plumbing Freeze Up and also Mold Bad. Needs to be Gutted. Each Unit has Bed and Rec Room in Basement. Property is REO and Assessed Value $78,000. Rents and Expenses are Estimates Only. Central Air Units have Been Gutted..

**Sold Comp 2 Comments**
One Unit has Plumbing Freeze Up and also Mold Bad. Needs to be Gutted. Each Unit Has Bed and Rec Room in Basement. Property is REO and Assessed Value $78,000. Rents and Expenses are Estimates Only. Central Air Units have Been Gutted..

**Sold Comp 3 Comments**
Tenants pay all services. nice side by side du-plex wn basements Motivated sellers bring in offers.

**Listed Comp 1 Comments**
PROPERTY SOLD "AS IS" BUYER TO VERIFY ALL ASPECTS OF PROPERTY BEFORE BUYING PROPERTY.

**Listed Comp 2 Comments**
Strictly sold as is with all faults and defects. No warranties. Measurements are approximate per courthouse. Buyers/Buyers agent to verify all information and aspects of property. All offers must have proof of funds and EM check to submit.

**Listed Comp 3 Comments**
PROPERTY SOLD "AS IS" BUYER TO INSPECT ALL ASPECTS OF PROPERTY.

### BROKER COMMENTS

**Subject Comments**
One side appears to be occupied. One side has utilities off. Nothing adverse noted. Siding is in good condition.

**Neighborhood Comments**
Neighborhood is difficult to sell. Police have been setting a mobile cop shop in this area to combat local crime and vandalism.. Mixed area of single family homes, duplexes, four units and large apartment buildings. The rental units hurt value of the single family homes

**Condition/Repair**
Looks average. Siding appears to be in good condition. NOthing adverse noted

### PRICE OPINION

| Typical Market Time | Quick Sale Price | As Is Sale Price | As Is List Price | Repair Estimate | Quick Sale Repaired Price | Repaired Sale Price | Repaired List Price |
|---|---|---|---|---|---|---|---|
| 0-60 days | $58,000 | $60,000 | $64,900 | $ | $60,000 | $60,000 | $64,900 |

**Main Street QC Review**

[x] Agree with agent values

[ ] QC adjusted value:

   As Is value: $60,000

   Repaired value: $60,000

By completing this report, the Broker certifies that they have completed a site inspection of the subject property and that subject photos were taken at the time of inspection.

DISCLOSURE: This is a comparative market analysis, not an appraisal, and should not be used for lending purposes. Therefore, it is not intended to be an appraisal of the market value of the property and as such does not comply with USPAP standards. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.



029598

*Main Street Valuations*

### ORDER INFORMATION

| Inspection Date | Client | | Client Contact | | | Client Loan No. | Main Street Order No. |
|---|---|---|---|---|---|---|---|
| 4/8/2008 | | | | | | | 75808 |
| Borrower | Address | | City | | State | Zip | Assessor Parcel No. |
| Hendrich | 6314 Appomattox Rd | | Davenport | | IA | 52806 | X0235C19 |
| Inspection Type | Broker Name | | Broker Company | | Broker Phone | | Info. Source |
| Exterior | Cyndee Browner | | Re/Max Bi-State | | | | Tax data |

### PROPERTY INFORMATION

| Property Vacant | Secured | Land Value | View | Market Rent(Mnth) | HOA Fees | Guest House SF | Guest House Bsmt SF |
|---|---|---|---|---|---|---|---|
| No | Yes | | Equal | 900 | per | 0 | 0 |
| Currently Listed | Listed in Last 12 mo. | Original List Price | Current List Price | DOM | Listing Broker | Listing Company | Listing Phone |
| No | Yes | $134,900 | $134,900 | 207 | Roy Harper | Roy Harper Realty | (563) 391-3233 |
| Sold in Last 12 mo. | Original List Price | Final List Price | DOM | Sale Price | Sale Date | Listing Broker | Listing Phone |
| No | $ | $ | 0 | $ | | | |

### NEIGHBORHOOD INFORMATION

| Population Density | Crime/Vandal Risk | Neighborhood Trend | Homes values are | Decreasing | Enviromental Issues | Owner Occupied % | Pride of Ownership |
|---|---|---|---|---|---|---|---|
| Suburban | Low | Declining | at a rate of | % 0.000 per month | No | 0.000 % | Average |
| Competing Listings | Value Range | | Supply | Demand | Predominant Buyer | | |
| 4 | 35,000 to 129,900 | | Stable | Stable | Investor | | |

### COMPARABLE INFORMATION

| Property Info | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | Listed Comp 1 | Listed Comp 2 | Listed Comp 3 |
|---|---|---|---|---|---|---|---|
| Address | 6314 Appomattox Rd | 635-637 W 63rd St. | 6212 Brown St. | 710 W 61st St. | 665 W 64th St. | 6112-6114 Western Ave. | 6224 Appomattox Rd. |
| Address2 | | | | | | | |
| City | Davenport | Davenport | Davenport | Davenport | Davenport | Davenport | Davenport |
| County | | Scott | Scott | Scott | Scott | Scott | Scott |
| State | IA | IA | IA | IA | IA | IA | IA |
| Zip | 52806 | 52806 | 52806 | 52803 | 52806 | 52806 | 52806 |
| Proximity (in miles) | | 0.50 miles | 0.08 miles | 0.50 miles | 0.10 miles | 0.30 miles | 0.10 miles |
| List Price | $ | | | | $35,000 | $35,000 | $53,900 |
| Sale Price | | $37,900 | $50,900 | $115,000 | | | |
| Sale Date | | 5/5/2008 | 2/29/2008 | 11/29/2007 | | | |
| Concessions | $ | $ | $ | $50,000 | | | |
| DOM | 0 | 12 | 8 | 105 | 4 | 70 | 49 |
| No. of Units | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| Property Type | Duplex | Duplex | Duplex | Duplex | Duplex | Duplex | Duplex |
| Property Style | Side by Side | Side by Side | Side by Side | Side by Side | Side by Side | Side by Side | Side by Side |
| Condition | Average | Fair | Fair | Average | Fair | Fair | Average |
| Year Built | 1979 | 1978 | 1978 | 1979 | 1978 | 1979 | 1979 |
| Lot Size (in acres) | 0.19 acres | 0.06 acres | 0.19 acres | 0.23 acres | 0.18 acres | 0.19 acres | 0.19 acres |
| Sq ft above grade | 2,200 sq. ft. | 1,536 sq. ft. | 1,824 sq. ft. | 1,536 sq. ft. | 1,908 sq. ft. | 1,536 sq. ft. | 2,200 sq. ft. |
| Total Rooms | 10 | 8 | 8 | 8 | 8 | 10 | 10 |
| Bedrooms | 6 | 4 | 4 | 4 | 4 | 4 | 5 |
| Full Baths | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Half Baths | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sq ft below grade | Partial | Full | Partial | Partial | Full | Full | Partial |
| % Basement Finished | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % | 0.00 % |
| Garage/Carport | None | Garage - 2 Car | Garage - 2 Car | Garage - 2 Car | None | Garage - 2 Car | None |
| Pool/Spa/ Fireplace | None Noted | None Noted | None Noted | None Noted | None Noted | None Noted | None Noted |
| Price per sq. ft. | $0.00 | $24.67 | $27.91 | $39.06 | $18.34 | $22.79 | $24.50 |

**Sold Comp 1 Comments**
One Unit has Plumbing Freeze Up and also Mold Bad. Needs to be Gutted. Each Unit has Bed and Rec Room in Basement. Property is REO and Assessed Value $78,000. Rents and Expenses are Estimates Only. Central Air Units have Been Gutted..

**Sold Comp 2 Comments**
Strictly sold as is where is with all faults and defects. No warranties. Measurements are approximate. Buyer/buyer's agent to verify all information. Cash/conv offers. Must have proof of funds and em ck to submit offer.

**Sold Comp 3 Comments**
Tenants pay all services, nice side by side du-plex with garage and basements Motivated sellers bring in offers

**Listed Comp 1 Comments**
PROPERTY SOLD "AS IS" BUYER TO VERIFY ALL ASPECTS OF PROPERTY BEFORE BUYING PROPERTY.

**Listed Comp 2 Comments**
Strictly sold as is with all faults and defects. No warranties. Measurements are approximate per courthouse. Buyers/Buyers agent to verify all information and aspects of property. All offers must have proof of funds and EM check to submit.

**Listed Comp 3 Comments**
PROPERTY SOLD "AS IS" BUYER TO INSPECT ALL ASPECTS OF PROPERTY.

### BROKER COMMENTS

**Subject Comments**
This duplex is occupied on one side and vacant on the other side. Utility shut off is ordered for the occupied unit for April 22, 2008. average looking units. Nothing adverse noted. This is a difficult neighborhood to resell. Very limited sales in the last 6 months in this location.

**Neighborhood Comments**
This area has a mix of single family homes, multi unit homes and apartment buildings. Police have been keeping a mobile crime unit in this area and the vandalism and crime activity in the area have been well publicized. This makes resale difficult

**Condition/Repair**
Nothing adverse noted from an external evaluation. Nice siding and a populare

### PRICE OPINION

| Typical Market Time | Quick Sale Price | As Is Sale Price | As Is List Price | Repair Estimate | Quick Sale Repaired Price | Repaired Sale Price | Repaired List Price |
|---|---|---|---|---|---|---|---|
| 0-60 days | $58,000 | $60,000 | $64,900 | $ | $58,000 | $60,000 | $64,900 |

**Main Street QC Review**

[x] Agree with agent values

[ ] QC adjusted value:

   As Is value: $60,000

   Repaired value: $60,000

By completing this report, the Broker certifies that they have completed a site inspection of the subject property and that subject photos were taken at the time of inspection.

DISCLOSURE: This is a comparative market analysis, not an appraisal, and should not be used for lending purposes. Therefore, it is not intended to be an appraisal of the market value of the property and as such does not comply with USPAP standards. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.


GOVERNMENT EXHIBIT 2B

029616


**CTC REAL ESTATE** services

| Broker's Price Opinion | Exterior Evaluation |

### Section 1 — Property Information
Read manual for rural property exceptions

Loan No.: 73288150
CTC Order No.: 2272153

Property Address:   6314 APPOMATTOX RD        DAVENPORT        IA        52806

**Using ninety (90) days to market, what will be the likely sales price "As Is"?**   50,000

**Local Average Marketing Time:**   50   (in days)   **Broker Estimated Market Value:**   50,000

### Section 2 — Property Details

Condition: Good [ ]  Average [✔]  Fair [ ]  Poor [ ]

Information Source:  Public Records     Square footage:  2,200   Finished basement: Yes [✔] No [ ]

Bedrooms/Baths:  3 / 2     Lot Size:  0.19     Age:  29     Garage: Yes [ ] No [✔]  Other: _____

Was property previously listed?  Yes [ ] No [✔]   DOM: ____  Listed Price: ____  Listed Dates: ____

Is property currently listed?  Yes [ ] No [✔]   DOM: ____  Listed Price: ____  Listed Dates: ____

Close to industry:  Yes [✔] No [ ]     **Type:**   SFR [ ]     Mobile Home [ ]

Close to commerce:  Yes [✔] No [ ]     PUD [ ]     Attached? Yes [✔] No [ ] Unk [ ]

Vacant:  Yes [✔] No [ ]     Multi-unit [✔]   No. of Units?  2

Vandalized:  Yes [ ] No [✔]     Condo [ ]     Dues per month? ____

Secured:  Yes [✔] No [ ]

Damaged:  Yes [ ] No [✔]   How? ____

Is concessionary financing typical in your area?  Yes [ ]  No [✔]   If YES, how much? ____

**Comments**  Exterior looks average no idea about interior  Some units in this location stripped of all cabinets and fixtures.  Roof aging

### Section 3 — Comparable Sales
List in order of comparability

| Address | COND. | SQ.FT. | Subject Prox. | No. of Bd/Bth | Lot Size | Gar | Bsmt | Age | Sale Date | DOM | Final List Price | Sales Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6212 BROWN ST | Average | 1,824 | 0.09 | 4 /2 | 0.19 | Yes | Yes | 30 | 02/29/2008 | 8 | 50,900 | 50,900 |
| 6224 APPOMATTOX | Average | 2,200 | 0.07 | 5 /2 | 0.19 | No | Yes | 29 | 04/25/2008 | 94 | 69,000 | 50,000 |
| 6302 APPOMATTOX | Average | 2,200 | 0.01 | 4 /2 | 0.19 | No | Yes | 29 | 05/31/2008 | 31 | 64,900 | 52,000 |

**Comments**  1.  Being sold as is. Property has cac and located on level lot.
2.  Being sold as is. Property located on level lot.
3.  Being sold as is. Property has cac and located on level lot.

### Section 4 — Comparable Listings
List in order of comparability

| Address | COND. | SQ.FT. | Subject Prox. | No. of Bd/Bth | Lot Size | Gar | Bsmt | Age | List Date | DOM | Orig. List Price | Current List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6232 APPOMATTOX | Fair | 2,200 | 0.07 | 6 /2 | 0.19 | No | Yes | 29 | 05/16/2008 | 39 | 39,900 | 39,900 |
| 6308 APPOMATTOX | Average | 2,200 | 0.1 | 6 /2 | 0.19 | No | Yes | 29 | 06/06/2008 | 19 | 45,000 | 45,000 |
| 6217 WESTERN AVE | Average | 1,908 | 0.2 | 4 /2 | 0.16 | No | Yes | 34 | 06/19/2008 | 6 | 60,500 | 60,500 |

**Comments**  1.  Being sold as is. Property has cac and located on level lot.
2.  Being sold as is. Property has cac and located on level lot.
3.  Being sold as is. Property has remodeled bathrooms,floor coverings,cac and located on level lot.

### Section 5

**Construction**
- [ ] Cement block
- [ ] Brick
- [✔] Frame
- [ ] Stone
- [ ] Stucco
- [ ] Wood
- [ ] Other

**Sub-structure**
- [ ] Slab foundation
- [✔] Basement
- [ ] Crawl space

**Upkeep**
- [ ] Damaged siding
- [ ] Broken steps
- [ ] Rotting wood
- [ ] Broken windows
- [ ] Fire damage
- [ ] Needs paint   How often? ____

**Access**
Is access road paved?
- [✔] Yes
- [ ] No

- [ ] Wall cracking
- [ ] Cracked driveway
- [ ] Cracked sidewalk
- [ ] Missing shingles
- [ ] Clutter

**Estimated Repair Cost?**   0

**Correcting these problems will result in a repaired value of?**   50,000

**Property is:**  Rural [ ]  Suburban [✔]  Urban [ ]

CANDLES 800-783-0359
GOVERNMENT EXHIBIT
2C

### Section 6 — Provider's information

Office proximity to subject in miles:  3.0

Realty/Company Name:  RE/MAX BI STATE     Phone:  (563)388-0008     Fax:  (563)388-0083

Report completed by:  CYNDEE BROWNER     Signature (via web)     Date:  6/24/2008

Your e-mail address:  cyndee@davenportrealestate.com     Your cell phone number: ____

029641

Loan #                                          Addendum

| Please use this space to provide any additional comments that would not fit on the BPO Form. |
|---|

| Property Address : 6314 APPOMATTOX RD | DAVENPORT | IA | 52806 |
|---|---|---|---|

SUBJECT POSITIVE FEATURES:

Good sized units sided with vinyl maintenance free

SUBJECT NEGATIVE FEATURES:

Neighborhood is marginal.  Many units have been forclosed in this area and the REO market is driving all sales of Duplexes in this area

SUBJECT DAMAGE (If Any):

GENERAL COMMENTS:

**See Addendum**

| Prepared By | | Date | 6/24/2008 |
|---|---|---|---|


GOVERNMENT EXHIBIT
20
CARDELS 800-783-0399

029642

**Addendum**

Exterior looks average no idea about interior  Some units in this location stripped of all cabinets and fixtures.  Roof aging These owners have lost many units in this specific area.  THree of them (which were my lisings) were completely stripped inside of carpet toilets cabinets sinks etc.  Without interior inspection I will not guess about condition.  I priced the property in the middle of this market due to not being sure of the inside condition.



GOVERNMENT
EXHIBIT
2E
CARDELS 800-783-0399

029643

E:\6302 Appomattox Road
Davenport IA\04_08_2008



029907





GOVERNMENT EXHIBIT 26

CHADELS 800-783-0399

029908

# E:\6314 Appomattox Road

# Davenport IA\04_08_2008



029935





GOVERNMENT
EXHIBIT
2I

CANDELS 000-783-0399

029936

E:\6232 Appomattox Road
Davenport IA\04_10_2008



029831



GOVERNMENT
EXHIBIT
2K

029841



GOVERNMENT
EXHIBIT
2L
CARDELS 800-783-0399



029845

GOVERNMENT
EXHIBIT
2M

CARDELS 800-783-0399



029846

GOVERNMENT
EXHIBIT
2N
CARDELS 800-783-0399



029847

GOVERNMENT
EXHIBIT
20



029853

GOVERNMENT
EXHIBIT
2P

CARDEL 800-783-0399

029855



GOVERNMENT
EXHIBIT
2Q



029861

GOVERNMENT
EXHIBIT
2R
CARDELS 800-783-0399

029862



GOVERNMENT
EXHIBIT
2S

CARDLES 800-783-0398