

| MLS #: | 1096238 | St: Sold | | Cat: Residential Income | LP: $39,900 |
|---|---|---|---|---|---|
| Area: | 51 Davenport, NW1/4,N of Kimberly-W of Brady | | | Type: Residential Income | |
| Addr: | 6232 APPOMATTOX | | Road | Unit #: | |
| City: | Davenport | | IA | Zip Code: 52806 | |
| Subd: | Americana Park | | | Cnty: Scott | |

| # Units: | Unit #: | Rms: | BRs: | Baths: | # Cars: | Firepl: | Rent: |
|---|---|---|---|---|---|---|---|
| | | 5 | 3 | 1 / 0 | 0 | N | 0 |
| | | 5 | 3 | 1 / 0 | 0 | N | 0 |
| | | | | / | | | |
| | | | | / | | | |

Total # Units: 2                               Year Built: 1979
Apx Lot Size: 70x120                   New Construction: No

Virtual Tour:
Directions: Appomattox Rd.

| ANNUAL OWNER EXPENSES: | | | | Total SqFt: | 2200 |
|---|---|---|---|---|---|
| Advertising: | 0 | Gross Ann Rent Inc: | 0 | Total # Parking: | 2 |
| Insurance: | 0 | Misc Ann Inc: | 0 | Total # Wtr Htrs: | 2 |
| Management: | 0 | Gross Ann Inc: | 0 | Total # Heat Units: | 2 |
| Maintenance: | 0 | | | Total # Cent Air Units: | 2 |
| Garbage: | 0 | | | Total # Gas Meters: | 2 |
| Electric: | 0 | | | Total # Elec Meters: | 2 |
| Gas: | 0 | | | Total # Water Meters: | 2 |
| Water/Sewer: | 0 | | | Ann Vacancy Factor: | |
| Taxes: | 1478.00 / 2006 | Exemptions: | | | |
| Other Exp: | | | | Manager On-Site: | No |
| Other Exp: | | | | Manager Unit #: | |

| Cert of Zoning: | | Flood Insurance: No | Elem School: | |
|---|---|---|---|---|
| Parcel ID: | X0235D04 | Repossesed: | Middle School: | |
| Legal: | Americana Park 4th Add Lot 15 | | High School: | Davenport |

Strictly sold as is with all faults and defects. No warranties. Measurements are approximate per courthouse. Buyers/Buyers agent to verify ALL infromation and aspects of property. All offers MUST have proof of funds and em check to submit.

Call Cyndee @ 563-570-7629 for access.

| Exterior: | Vinyl Siding | Style: | Side by Side |
|---|---|---|---|
| Roofing: | Composition | Gar/Park: | On-Street Parking |
| Basement: | Partial | Laundry Facilities: | |
| Heat/Cool: | Forced Air, Gas, Central Air | | |
| Water/Sewer: | Public Sewer, Public Water | | |
| Appliances-Some: | | Info. on | None |
| Appliances-All: | | | |
| Showing: | Appointment Required, Call Listing Agent | | |
| Interior Amenities: | | | |
| Exterior Amenities: | | | |
| Addt'l Amenities: | | | |
| Financing: | Cash, Conventional | Road/Access: | |
| Possession: | | Lease Info: | |
| Lot Description: | Level | Tenant Pays: | |

| Owner: | Owner of Record | Phone: | | Also Ref MLS#: | | |
|---|---|---|---|---|---|---|
| LO: | RE/MAX Bi-State | Office: (563) 388-0008 | | Fax: 563-388-0083 | | |
| LA: | Cyndee Browner | Offic: (563) 388-0008 | | Appt: 563-570-7629 | | |
| LA Email: | cyndee@davenportrealestate.com | | | Cell: 563-570-7629 | | |
| CLA: | | CLO: | | Cell: | LD: | 5/16/2008 |
| OLA: | | OLO: | | Cell: | XD: | 8/14/2008 |
| Compensation: | 2.40 | Dual/Var: No | | List Type: Exclusive Right to Sell | | |

| Original Price: | $39,900 | Selling Agent: Chris Holvoet | Co-Selling Agent: | | |
|---|---|---|---|---|---|
| Sold Price: | $50,560 | Selling Office: Mel Foster Co. Kimberly Road | Co-Selling Office: | | |
| Closing Date: | 7/3/2008 | Contract Date: 6/6/2008 | How Sold: Conventional | DOM: | 21 |

This information is deemed reliable, but not guaranteed. Copyright: 2009 PDQ Information Services, Inc.   Consessions: 0.00

GOVERNMENT EXHIBIT 3



| MLS #: | 4097660 | St: Sold | | | Cat: Residential Income | | | LP: $59,900 |
|---|---|---|---|---|---|---|---|---|
| Area: | 51 Davenport, NW1/4,N of Kimberly-W of Brady | | | | Type: Residential Income | | | |
| Addr: | 6302 APPOMATTOX Street | | | | Unit #: | | | |
| City: | Davenport | | | IA | Zip Code: 52806 | | | |
| Subd: | AMERICANA PARK | | | | Cnty: Scott | | | |
| # Units: | Unit #: | Rms: | BRs: | Baths: | # Cars: | Firepl: | Rent: | |
| 1 | 1 | 6 | 2 | 1 / 0 | 0 | N | 0 | |
| 1 | 1 | 6 | 2 | 1 / 0 | 0 | | 550 | |
| | | | | / | | | | |
| | | | | / | | | | |
| Total # Units: 2 | | | | | Year Built: 1979 | | | |
| Apx Lot Size: 70 X 120 | | | | | New Construction: No | | | |

**Virtual Tour:**
**Directions:** BRADY TO 65TH ST TO APPOMATTOX TO PROPERTY

| **ANNUAL OWNER EXPENSES:** | | | | **Total SqFt:** | 2200 |
|---|---|---|---|---|---|
| Advertising: | 0 | Gross Ann Rent Inc: | 6600 | Total # Parking: | 2 |
| Insurance: | 0 | Misc Ann Inc: | 0 | Total # Wtr Htrs: | 2 |
| Management: | 0 | Gross Ann Inc: | 6600 | Total # Heat Units: | 2 |
| Maintenance: | 0 | | | Total # Cent Air Units: | 2 |
| Garbage: | 0 | | | Total # Gas Meters: | 2 |
| Electric: | 0 | | | Total # Elec Meters: | 2 |
| Gas: | 0 | | | Total # Water Meters: | 2 |
| Water/Sewer: | 0 | | | Ann Vacancy Factor: | 0.00 |
| Taxes: | 1444.00 / 2007 | Exemptions: NONE | | | |
| Other Exp: | 0 | NONE | | Manager On-Site: | No |
| Other Exp: | 0 | NONE | | Manager Unit #: | |

| Cert of Zoning: No | Flood Insurance: No | Elem School: Davenport |
|---|---|---|
| Parcel ID: X0235DO5 | Repossesed: | Middle School: Davenport |
| Legal: LENGTHY - SEE L.A. | | High School: Davenport |

FORECLOSURE LISTING - GREAT BARGAIN. PROPERTY LISTED STRICTLY "AS-IS, WHERE-IS" WITH NO WARRANTIES EXPRESSED OR IMPLIED BY SELLER OR AGENT. ALL INFORMATION IS OBTAINED FROM ASSESSOR OR IS ESTIMATES OR AVERAGE. BUYER SHALL SATISFY HIMSELF/HERSELF WITH CONDITION OF PROPERTY AND ALL INFORMATION SHOULD BE VERIFIED BY BUYER PRIOR TO OFFER PRESENTATION. NO PERSONAL PROPERTY OR APPLIANCES INCLUDED WITH SALE. ALL OFFERS SHALL HAVE PRE-QUAL LETTER OR PROOF OF FUNDS.

CALL JASON @ 563.349.7250 FOR APPOINTMENT.

| Exterior: | Aluminum Siding | Style: | Side by Side |
|---|---|---|---|
| Roofing: | Composition | Gar/Park: | Off-Street Parking |
| Basement: | Full | Laundry Facilities: | |
| Heat/Cool: | Forced Air, Gas, Central Air | | |
| Water/Sewer: | Public Sewer, Public Water | | |
| Appliances-Some: | | Info. on | Legal Description, Tenant Lease(s) |
| Appliances-All: | | | |
| Showing: | Electronic Keybox/Keysafe, Appointment Required, Call Listing Agent | | |
| Interior Amenities: | Cable TV Availabe, Unfurnished | | |
| Exterior Amenities: | | | |
| Addt'l Amenities: | | | |
| Financing: | Cash, Conventional | Road/Access: | Curbs & Gutters |
| Possession: | At Closing, Tenant's Rights | Lease Info: | Various Terms |
| Lot Description: | Level | Tenant Pays: | All Utilities |

| Owner: OWNER OF RECORD | Phone: | Also Ref MLS#: | | |
|---|---|---|---|---|
| LO: RE/MAX on Track Rock Island | Office: (309) 788-5700 | Fax: 888.881.3335 | | |
| LA: Jason Bitting | Offic: (563) 332-9900 | Appt: | | |
| LA Email: jasonbitting@remax.net | | Cell: 563.349.7250 | | |
| CLA: | CLO: | Cell: | LD: | 4/30/2008 |
| OLA: | OLO: | Cell: | XD: | 10/31/2008 |
| Compensation: 3.00 | Dual/Var: No | List Type: Exclusive Right to Sell | | |

| Original Price: $64,900 | Selling Agent: Chris Holvoet | Co-Selling Agent: | | |
|---|---|---|---|---|
| Sold Price: $52,000 | Selling Office: Mel Foster Co. Kimberly Road | Co-Selling Office: | | |
| Closing Date: 5/31/2008 | Contract Date: 5/16/2008 | How Sold: Conventional | DOM: | 16 |

This information is deemed reliable, but not guaranteed. Copyright: 2009 PDQ Information Services, Inc.  **Consessions:** 0.00



| | | | | |
|---|---|---|---|---|
| MLS #: 4097660 | St: Sold | | Cat: Residential Income | LP: $59,900 |
| Area: 51 Davenport, NW1/4,N of Kimberly-W of Brady | | | Type: Residential Income | |
| Addr: 6302 APPOMATTOX Street | | | Unit #: | |
| City: Davenport | | IA | Zip Code: 52806 | |
| Subd: AMERICANA PARK | | | Cnty: Scott | |

| # Units: | Unit #: | Rms: | BRs: | Baths: | # Cars: | Firepl: | Rent: |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 6 | 2 | 1 / 0 | 0 | N | 0 |
| 1 | 1 | 6 | 2 | 1 / 0 | 0 | | 550 |
| | | | | / | | | |
| | | | | / | | | |

Total # Units: 2  
Apx Lot Size: 70 X 120  
Year Built: 1979  
New Construction: No

**Virtual Tour:**  
**Directions:** BRADY TO 65TH ST TO APPOMATTOX TO PROPERTY

| ANNUAL OWNER EXPENSES: | | | | | |
|---|---|---|---|---|---|
| Advertising: | 0 | Gross Ann Rent Inc: | 6600 | Total SqFt: | 2200 |
| Insurance: | 0 | Misc Ann Inc: | 0 | Total # Parking: | 2 |
| Management: | 0 | Gross Ann Inc: | 6600 | Total # Wtr Htrs: | 2 |
| Maintenance: | 0 | | | Total # Heat Units: | 2 |
| Garbage: | 0 | | | Total # Cent Air Units: | 2 |
| Electric: | 0 | | | Total # Gas Meters: | 2 |
| Gas: | 0 | | | Total # Elec Meters: | 2 |
| Water/Sewer: | 0 | | | Total # Water Meters: | 2 |
| Taxes: | 1444.00 / 2007 | Exemptions: NONE | | Ann Vacancy Factor: | 0.00 |
| Other Exp: | 0 | NONE | | Manager On-Site: | No |
| Other Exp: | 0 | NONE | | Manager Unit #: | |

| | | | |
|---|---|---|---|
| Cert of Zoning: No | Flood Insurance: No | Elem School: Davenport | |
| Parcel ID: X0235DO5 | Repossesed: | Middle School: Davenport | |
| Legal: LENGTHY - SEE L.A. | | High School: Davenport | |

FORECLOSURE LISTING - GREAT BARGAIN. PROPERTY LISTED STRICTLY "AS-IS, WHERE-IS" WITH NO WARRANTIES EXPRESSED OR IMPLIED BY SELLER OR AGENT. ALL INFORMATION IS OBTAINED FROM ASSESSOR OR IS ESTIMATES OR AVERAGE. BUYER SHALL SATISFY HIMSELF/HERSELF WITH CONDITION OF PROPERTY AND ALL INFORMATION SHOULD BE VERIFIED BY BUYER PRIOR TO OFFER PRESENTATION. NO PERSONAL PROPERTY OR APPLIANCES INCLUDED WITH SALE. ALL OFFERS SHALL HAVE PRE-QUAL LETTER OR PROOF OF FUNDS.

CALL JASON @ 563.349.7250 FOR APPOINTMENT.

| | | | |
|---|---|---|---|
| Exterior: | Aluminum Siding | Style: | Side by Side |
| Roofing: | Composition | Gar/Park: | Off-Street Parking |
| Basement: | Full | Laundry Facilities: | |
| Heat/Cool: | Forced Air, Gas, Central Air | | |
| Water/Sewer: | Public Sewer, Public Water | | |
| Appliances-Some: | | Info. on | Legal Description, Tenant Lease(s) |
| Appliances-All: | | | |
| Showing: | Electronic Keybox/Keysafe, Appointment Required, Call Listing Agent | | |
| Interior Amenities: | Cable TV Availabe, Unfurnished | | |
| Exterior Amenities: | | | |
| Addt'l Amenities: | | | |
| Financing: | Cash, Conventional | Road/Access: | Curbs & Gutters |
| Possession: | At Closing, Tenant's Rights | Lease Info: | Various Terms |
| Lot Description: | Level | Tenant Pays: | All Utilities |

| | | | |
|---|---|---|---|
| Owner: OWNER OF RECORD | Phone: | Also Ref MLS#: | |
| LO: RE/MAX on Track Rock Island | Office: (309) 788-5700 | Fax: 888.881.3335 | |
| LA: Jason Bitting | Offic: (563) 332-9900 | Appt: | |
| LA Email: jasonbitting@remax.net | | Cell: 563.349.7250 | |
| CLA: | CLO: | Cell: | LD: 4/30/2008 |
| OLA: | OLO: | Cell: | XD: 10/31/2008 |
| Compensation: 3.00 | Dual/Var: No | List Type: Exclusive Right to Sell | |
| Original Price: $64,900 | Selling Agent: Chris Holvoet | Co-Selling Agent: | |
| Sold Price: $52,000 | Selling Office: Mel Foster Co. Kimberly Road | Co-Selling Office: | |
| Closing Date: 5/31/2008 | Contract Date: 5/16/2008 | How Sold: Conventional | DOM: 16 |

This information is deemed reliable, but not guaranteed. Copyright: 2009 PDQ Information Services, Inc. **Consessions:** 0.00



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MLS #: | 4101498 | St: Sold | | Cat: Residential Income | | | LP: $49,900 |
| Area: | 51  Davenport, NW1/4,N of Kimberly-W of Brady | | | Type: Residential Income | | | |
| Addr: | 6314-16 APPOMATTOX Street | | | Unit #: | | | |
| City: | Davenport | | | IA | Zip Code: 52806 | | |
| Subd: | AMERICAN PARK | | | | Cnty: Scott | | |

| # Units: | Unit #: | Rms: | BRs: | Baths: | # Cars: | Firepl: | Rent: |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 7 | 3 | 1 / 1 | 0 | N | 0 |
| 1 | 1 | 7 | 3 | 1 / 1 | 0 | N | 0 |
| | | | | / | | | |
| | | | | / | | | |

| | | | |
|---|---|---|---|
| Total # Units: 2 | | Year Built: 1979 | |
| Apx Lot Size: 70 X 120 | | New Construction: No | |

**Virtual Tour:**
**Directions:** BRADY TO 65TH ST, W TO APPOMATTOX, S TO PROPERTY

| ANNUAL OWNER EXPENSES: | | | | Total SqFt: | 2200 |
|---|---|---|---|---|---|
| Advertising: | 0 | Gross Ann Rent Inc: | 0 | Total # Parking: | 2 |
| Insurance: | 0 | Misc Ann Inc: | 0 | Total # Wtr Htrs: | 2 |
| Management: | 0 | Gross Ann Inc: | 0 | Total # Heat Units: | 2 |
| Maintenance: | 0 | | | Total # Cent Air Units: | 2 |
| Garbage: | 0 | | | Total # Gas Meters: | 2 |
| Electric: | 0 | | | Total # Elec Meters: | 2 |
| Gas: | 0 | | | Total # Water Meters: | 2 |
| Water/Sewer: | 0 | | | Ann Vacancy Factor: | 0.00 |
| Taxes: | 1478.00  /  2005 | Exemptions: | | | |
| Other Exp: | | | | Manager On-Site: | No |
| Other Exp: | | | | Manager Unit #: | |

| Cert of Zoning: No | Flood Insurance: No | Elem School: Davenport |
|---|---|---|
| Parcel ID: X0235C19 | Repossesed: | Middle School: Davenport |
| Legal: LENGHTY | | High School: Davenport |

FORECLOSURE LISTING – GREAT BARGAIN. Property listed strictly "as-is, where-is" with no warranties expressed or implied by Seller or Agent. All information is estimates or averages. Buyer shall satisfy himself/herself with condition of property and all information should be verified by Buyer prior to offer presentation. No personal property or appliances included with sale. All offers shall have Pre-Qual Letter or Proof of Funds.

Vacant - Combox. Code = 6321. Go & Show. Call Jason @ 563-349-7250 for info.

| Exterior: | Vinyl Siding | Style: | Side by Side |
|---|---|---|---|
| Roofing: | Composition | Gar/Park: | Off-Street Parking |
| Basement: | Full | Laundry Facilities: | |
| Heat/Cool: | Gas | | |
| Water/Sewer: | Public Sewer, Public Water | | |
| Appliances-Some: | | Info. on | Legal Description |
| Appliances-All: | | | |
| Showing: | Combination Box | | |
| Interior Amenities: | | | |
| Exterior Amenities: | | | |
| Addt'l Amenities: | | | |
| Financing: | Cash, FHA | Road/Access: | Curbs & Gutters |
| Possession: | At Closing | Lease Info: | |
| Lot Description: | Level | Tenant Pays: | All Utilities |

| Owner: | OWNER OF RECORD | Phone: | | Also Ref MLS#: | | |
|---|---|---|---|---|---|---|
| LO: | RE/MAX on Track Rock Island | Office: (309) 788-5700 | | Fax: 1-888-881-3335 | | |
| LA: | Jason Bitting | Offic: (563) 332-9900 | | Appt: | | |
| LA Email: | jasonbitting@remax.net | | | Cell: 563/349-7250 | | |
| CLA: | | CLO: | | Cell: | LD: | 9/10/2008 |
| OLA: | | OLO: | | Cell: | XD: | 12/31/2008 |
| Compensation: 3.00 | | Dual/Var: No | | List Type: Exclusive Right to Sell | | |

| | | | |
|---|---|---|---|
| Original Price: $49,900 | Selling Agent: Chris Holvoet | Co-Selling Agent: | |
| Sold Price:   $60,000 | Selling Office: Mel Foster Co. Kimberly Road | Co-Selling Office: | |
| Closing Date: 10/24/2008 | Contract Date: 10/6/2008 | How Sold: Cash | DOM:   26 |

This information is deemed reliable, but not guaranteed. Copyright: 2009 PDQ Information Services, Inc.  **Consessions:** 0.00



| MLS #: | 4097441 | St: Sold | | | Cat: Residential Income | | LP: $63,000 |
|---|---|---|---|---|---|---|---|
| Area: | 51 Davenport, NW1/4,N of Kimberly-W of Brady | | | | Type: Residential Income | | |
| Addr: | 640 W 61ST Street | | | | Unit #: | | |
| City: | Davenport | | | IA | Zip Code: 52806 | | |
| Subd: | REPLAT AMERICANA PARK | | | | Cnty: Scott | | |

| # Units: | Unit #: | Rms: | BRs: | Baths: | # Cars: | Firepl: | Rent: |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 5 | 2 | 1 / 0 | 1 | N | 0 |
| 1 | 1 | 5 | 2 | 1 / 0 | 1 | N | 0 |
| | | | | / | | | |
| | | | | / | | | |

Total # Units: 2  Year Built: 1979
Apx Lot Size: 70X149  New Construction: No

Virtual Tour:
Directions: BRADY TO 59TH TO 61ST TO HOME

| **ANNUAL OWNER EXPENSES:** | | | | Total SqFt: | 156 |
|---|---|---|---|---|---|
| Advertising: | 0 | Gross Ann Rent Inc: | 0 | Total # Parking: | 4 |
| Insurance: | 0 | Misc Ann Inc: | 0 | Total # Wtr Htrs: | 2 |
| Management: | 0 | Gross Ann Inc: | 0 | Total # Heat Units: | 2 |
| Maintenance: | 0 | | | Total # Cent Air Units: | 2 |
| Garbage: | 0 | | | Total # Gas Meters: | 2 |
| Electric: | 0 | | | Total # Elec Meters: | 2 |
| Gas: | 0 | | | Total # Water Meters: | 2 |
| Water/Sewer: | 0 | | | Ann Vacancy Factor: | 0.00 |
| Taxes: | 1428.00 / 2007 | Exemptions: | | | |
| Other Exp: | | | | Manager On-Site: | No |
| Other Exp: | | | | Manager Unit #: | |

| Cert of Zoning: | No | Flood Insurance: | No | Elem School: | |
|---|---|---|---|---|---|
| Parcel ID: | X0251B23 | Repossesed: | | Middle School: | |
| Legal: | LENGTHY SEE LA | | | High School: | Davenport |

Completely gutted and ready to finish. Side by side duplex. No rental history. FORECLOSURE LISTING – GREAT BARGAIN. Property listed strictly "as-is, where-is" with no warranties expressed or implied by Seller or Agent. All information is obtained from Assessor or is estimates or averages. Buyer shall satisfy himself/herself with condition of property and all information should be verified by Buyer prior to offer presentation. No personal property or appliances included with sale. All offers shall have Pre-Qual Letter or Proof of Funds.

Vacant. Combox (Code = OCN) on side door. Go & Show. Call Jason at 563-349-7250.

| Exterior: | Aluminum Siding, Brick Partial | Style: | Other Style |
|---|---|---|---|
| Roofing: | Composition | Gar/Park: | Detached |
| Basement: | Full | Laundry Facilities: | Laundry Facilities/Privte, Units Hook-Ups |
| Heat/Cool: | Forced Air, Gas, Central Air | | |
| Water/Sewer: | Public Sewer, Public Water | | |
| Appliances-Some: | | Info. on | Legal Description |
| Appliances-All: | | | |
| Showing: | Electronic Keybox/Keysafe | | |
| Interior Amenities: | Unfurnished | | |
| Exterior Amenities: | | | |
| Addt'l Amenities: | | | |
| Financing: | Cash, Conventional | Road/Access: | Curbs & Gutters |
| Possession: | Tenant's Rights | Lease Info: | Other Lease Information |
| Lot Description: | Level | Tenant Pays: | All Utilities |

| Owner: | OWNER OF RECORD | Phone: | | Also Ref MLS#: | | | |
|---|---|---|---|---|---|---|---|
| LO: | RE/MAX on Track Rock Island | Office: | (309) 788-5700 | Fax: | 888-881-3335 | | |
| LA: | Jason Bitting | Offic: | (563) 332-9900 | Appt: | 309-788-5700 | | |
| LA Email: | jasonbitting@remax.net | | | Cell: | 569-349-7250 | | |
| CLA: | | CLO: | | Cell: | | LD: | 4/16/2008 |
| OLA: | | OLO: | | Cell: | | XD: | 7/16/2008 |
| Compensation: | 3.00 | Dual/Var: | No | List Type: | Exclusive Right to Sell | | |

| Original Price: | $74,900 | Selling Agent: | Chris Holyoet | Co-Selling Agent: | |
|---|---|---|---|---|---|
| Sold Price: | $40,000 | Selling Office: | Mel Foster Co. Kimberly Road | Co-Selling Office: | |
| Closing Date: | 5/27/2008 | Contract Date: | 5/16/2008 | How Sold: Conventional | DOM: 30 |

This information is deemed reliable, but not guaranteed. Copyright: 2009 PDQ Information Services, Inc. **Consessions:** 0.00

MLS #: 409266 Status: Sold Cat: Residential Income LP: $69,900

| Area: | 51 | Davenport, NW1/4,N of Kimberly-W of Brady | | Type: | Residential Income | | |
|---|---|---|---|---|---|---|---|
| Addr: | 655 W 64TH Street | | | Unit #: | | | |
| City: | Davenport | | IA | Zip Code: | 52806 | | |
| Subd: | AMERICANA PARK | | | Cnty: | Scott | | |
| # Units: | Unit #: | Rms: | BRs: | Baths: | # Cars: | Firepl: | Rent: |
| 1 | 1 | 6 | 2 | 1 / 0 | 0 | N | 550 |
| 1 | 1 | 6 | 2 | 1 / 0 | 0 | | 550 |
| | | | | / | | | |
| | | | | / | | | |
| Total # Units: 2 | | | | Year Built: 1978 | | | |
| Apx Lot Size: 75.7 X 107 | | | | New Construction: No | | | |

**Virtual Tour:**
**Directions:** BRADY TO 65TH ST TO APPOMATTOX TO 64TH ST TO PROPERTY

| ANNUAL OWNER EXPENSES: | | | | | |
|---|---|---|---|---|---|
| | | | | Total SqFt: | 1908 |
| Advertising: | 0 | Gross Ann Rent Inc: | 13,200 | Total # Parking: | 2 |
| Insurance: | 0 | Misc Ann Inc: | 0 | Total # Wtr Htrs: | 2 |
| Management: | 0 | Gross Ann Inc: | 13,200 | Total # Heat Units: | 2 |
| Maintenance: | 0 | | | Total # Cent Air Units: | 2 |
| Garbage: | 0 | | | Total # Gas Meters: | 2 |
| Electric: | 0 | | | Total # Elec Meters: | 2 |
| Gas: | 0 | | | Total # Water Meters: | 2 |
| Water/Sewer: | 0 | | | Ann Vacancy Factor: | 0.00 |
| Taxes: | 1366.00 / 2007 | Exemptions: | NONE | | |
| Other Exp: | 0 | NONE | | Manager On-Site: | No |
| Other Exp: | 0 | NONE | | Manager Unit #: | |
| Cert of Zoning: | No | Flood Insurance: | No | Elem School: | Davenport |
| Parcel ID: | X0251B10 | Repossesed: | | Middle School: | Davenport |
| Legal: LENGTHY - SEE L.A. | | | | High School: | Davenport |

FORECLOSURE LISTING - GREAT BARGAIN. PROPERTY LISTED STRICTLY "AS-IS, WHERE-IS" WITH NO WARRANTIES EXPRESSED OR IMPLIED BY SELLER OR AGENT. ALL INFORMATION IS OBTAINED FROM ASSESSOR OR IS ESTIMATES OR AVERAGES. BUYER SHALL SATISFY HIMSELF/HERSELF WITH CONDITION OF PROPERTY AND ALL INFORMATION SHOULD BE VERIFIED BY BUYER PRIOR TO OFFER PRESENTATION. NO PERSONAL PROPERTY OR APPLIANCES INCLUDED WITH SALE. ALL OFFERS SHALL HAVE PRE-QUAL LETTER OR PROOF OF FUNDS. SELLER IS OFFERING 3% OF PURCHASE PRICE TOWARDS BUYERS CLOSING COSTS WITH AN ACCEPTABLE OFFER.
CALL JASON @ 563-349-7250 FOR APPOINTMENT. TENANT OCCUPIED. KEYSAFE. 3% OF PRICE TOWARDS BUYERS CLOSING COSTS W/ AN ACCEPTABLE OFFER.

| Exterior: | Aluminum Siding | Style: | Side by Side |
|---|---|---|---|
| Roofing: | Composition | Gar/Park: | Off-Street Parking |
| Basement: | Full | Laundry Facilities: | Laundry Facilities/Privte |
| Heat/Cool: | Forced Air, Gas, Central Air | | |
| Water/Sewer: | Public Sewer, Public Water | | |
| Appliances-Some: | | Info. on | Legal Description, Tenant Lease(s) |
| Appliances-All: | | | |
| Showing: | Electronic Keybox/Keysafe, Appointment Required, Call Listing Agent | | |
| Interior Amenities: | Cable TV Availabe, Unfurnished | | |
| Exterior Amenities: | | | |
| Addt'l Amenities: | | | |
| Financing: | Cash, Conventional | Road/Access: | Curbs & Gutters |
| Possession: | | Lease Info: | Various Terms |
| Lot Description: | Level | Tenant Pays: | All Utilities |

| Owner: | OWNER OF RECORD | Phone: | | Also Ref MLS#: | | |
|---|---|---|---|---|---|---|
| LO: | RE/MAX on Track Rock Island | Office: (309) 788-5700 | | Fax: 888-881-3335 | | |
| LA: | Jason Bitting | Offic: (563) 332-9900 | | Appt: | | |
| LA Email: | jasonbitting@remax.net | | | Cell: 563-349-7250 | | |
| CLA: | | CLO: | | Cell: | LD: | 4/29/2008 |
| OLA: | | OLO: | | Cell: | XD: | 10/31/2008 |
| Compensation: 3.00 | | Dual/Var: No | | List Type: Exclusive Right to Sell | | |
| Original Price: $89,900 | | Selling Agent: Chris Holvoet | | Co-Selling Agent: | | |
| Sold Price: $55,000 | | Selling Office: Mel Foster Co. Kimberly Road | | Co-Selling Office: | | |
| Closing Date: 8/8/2008 | | Contract Date: 7/14/2008 | | How Sold: Conventional | DOM: 76 | |

This Information is deemed reliable, but not guaranteed. Copyright: 2009 PDQ Information Services, Inc. Consessions: 0.00