| Property | MLS List Price | Broker Price | Foreclosure Sales Price |
|---|---|---|---|
| 6224 Appomattox | N/A | N/A | $50,000 |
| 6232 Appomattox | $39,900 | N/A | $50,560 |
| 6302 Appomattox | $59,900 | $60,000 | $52,000 |
| 6314 Appomattox | $49,900 | $50,000-$60,000 | $60,000 |
| 640 W. 61st | $63,000 | N/A | $40,000 |
| 671 W. 64th | N/A | N/A | $52,000 |
| 615 W. 64th | N/A | N/A | $34,900 |
| 655 W. 64th | $69,900 | N/A | $55,000 |
| 710 W. 61st | N/A | N/A | $61,000 |

GOVERNMENT EXHIBIT 4