| Address | Loan # | LOAN | LOAN | Current Bal | Price | New Century Loss % | New Century Loss $ |
|---|---|---|---|---|---|---|---|
| 640 W. 61st | 1008024041 | 1008024041 | 99,000.00 | 98,964.88 | 66.6277% | 33.372% | 33,026.84 |
| 671 W. 64th | 1008019627 | 1008019627 | 99,000.00 | 98,964.88 | 66.6277% | 33.372% | 33,026.84 |
| 615 W. 64th | 1008024737 | 1008024737 | 101,700.00 | 101,663.93 | 66.6277% | 33.372% | 33,927.58 |
| 655 W. 64th | 1008023051 | 1008023051 | 101,700.00 | 101,663.93 | 66.6277% | 33.372% | 33,927.58 |
| 6302 Appomattox | 1008025148 | 1008025148 | 108,000.00 | 107,961.70 | 66.6277% | 33.372% | 36,029.29 |
| 6314 Appomattox | 1008021375 | 1008021375 | 108,000.00 | 107,961.70 | 66.6277% | 33.372% | 36,029.29 |
|  | **6** |  | **617,400.00** | **617,181.02** |  | x | **205,967.42** |

GOVERNMENT EXHIBIT
5