✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

## EXHIBIT AND WITNESS LIST

V.

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Marc Robert Engelmann | CASE NO. 3:11-cr-00047-JEG |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2S | | 1/26/2012 | Yes | Yes | Picture of interior of property |
| 4 | | 1/26/2012 | Yes | Yes | Spreadsheet of MLS List Price, Broker Price, and Foreclsoure Sales Price |
| 5 | | 1/26/2012 | Yes | Yes | New Century Loss Amount spreadsheet for six properties |
| 6 | | 1/26/2012 | Yes | Yes | Fax from Jennifer Arney to Katie Tady with Loan information |
| | X | 1/26/2012 | | | David Dunakey 2:04-3:04; 3:15-3:58 |
| | ES1 | 1/26/2012 | Yes | Yes | Documents relating to property address 6224 Appomattox |
| | ES2 | 1/26/2012 | Yes | Yes | Documents relating to property address 6232 Appomattox |
| | ES3 | 1/26/2012 | Yes | Yes | Documents relating to property address 6302 Appomattox |
| | ES4 | 1/26/2012 | Yes | Yes | Documents relating to property address 6314 Appomattox |
| | ES5 | 1/26/2012 | Yes | Yes | Documents relating to property address 640 West 61st |
| | ES6 | 1/26/2012 | Yes | Yes | Documents relating to property address 671 West 64th |
| | ES7 | 1/26/2012 | Yes | Yes | Documents relating to property address 615 West 64th |
| | ES8 | 1/26/2012 | Yes | Yes | Documents relating to property address 655 West 64th |
| | ES9 | 1/26/2012 | Yes | Yes | Documents relating to property address 710 West 61st |
| | ES10 | 1/26/2012 | Yes | Yes | Document Summary Spreadsheet |
| | ES11 | 1/26/2012 | Yes | Yes | 2008 Assessed value spreadsheet for 9 properties |
| | ES12 | 1/26/2012 | Yes | Yes | Appendix A to PSIR |
| | ES13 | 1/26/2012 | Yes | Yes | Lehman REO-ALS Loss Statement |
| | ES14 | 1/26/2012 | Yes | Yes | JP Morgan Loss Statement |
| | ES15 | 1/26/2012 | Yes | Yes | New Century Loss Statement |
| | ES6 | 1/26/2012 | Yes | Yes | New Century Repurchase |
| | ES17 | 1/26/2012 | Yes | Yes | Statement of Losses by Bank of America |
| | ES18 | 1/26/2012 | Yes | Yes | Wells Fargo Paid in Full email |
| | ES19 | 1/26/2012 | Yes | Yes | 6222 Appomattox Satisfaction |
| | | | | | |
| | | | | | |
| | | | | | |