IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARC ROBERT ENGELMANN,<br><br>    Defendant. | No. 3:11-cr-00047 – JEG<br><br>**STAY ORDER** |

This matter now comes before the Court on Defendant's Motion for Stay of Garnishments, pursuant to Federal Rule of Criminal Procedure 38(e)(1). The Government resists in part.

The Defendant has appealed his convictions and the award of restitution. Based on the possibility of success on the appeal, Defendant seeks either a stay of the Notices of Garnishment and the Writ of Continuing Garnishment or, in the alternative, an order directing that the assets be deposited in the Registry of the Court, so that the funds may easily be returned to Defendant in the event of a different result on appeal. The Government resists a stay, but not the deposit with the Court. Rule 38(e)(1) and (e)(2)(C) is by its own terms a matter within the discretion of the Court. Having reviewed the arguments of counsel and being familiar with the record of the case, the Court finds the circumstances do not require a stay, but deposit with the Court is a reasonable alternative. Accordingly, all funds obtained pursuant to the Writs of Continuing Garnishment, ECF Nos. 111, 112, and 113, shall be deposited into the District Court's Registry until further order of this Court. The Defendant's Motion for Stay of Garnishments (ECF No. 116) is thus **denied in part and granted in part**.

    **IT IS SO ORDERED**.

    Dated this 14th day of June, 2012.

                                                JAMES E. GRITZNER, Chief Judge
                                                U.S. DISTRICT COURT