IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>MARC ROBERT ENGELMANN,<br><br>　　Defendant. | No. 3:11-cr-00047 – JEG<br><br>**OBJECTION ORDER** |

　　This matter is now before the Court on Defendant's Objections to the Answer by Garnishee. The Government has filed a Reply.

　　The current matter involves a business checking account at Southeast National Bank and two trust accounts identified as "IOLTA Business" accounts. The record is incomplete regarding the rights to the business checking account. The Court is aware that "IOLTA" references Interest On Lawyers Trust Accounts, pursuant to Chapter 45 of the Iowa Rules of Court, and involves funds belonging not to the Defendant, but to his prior clients. Accordingly, Defendant's Objections to the Answer by Garnishee (ECF No. 117) are **sustained** as to the "IOLTA Business" accounts, and **overruled** without prejudice to making a further showing on the business checking account.

　　**IT IS SO ORDERED**.

　　Dated this 14th day of June, 2012.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT