UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL No. 3:11-CR-00047 |
| v. | ) | |
| | ) | |
| MARC ROBERT ENGELMANN, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| SE NATIONAL BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

**FINAL ORDER OF GARNISHMENT**

     This matter is before the Court for consideration of the entry of a final order in garnishment filed by the United States pursuant to 28 U.S.C. §3205.

     1.    An Application for Writ of Continuing Garnishment was filed by the United States of America and a Writ of Garnishment directed to the Garnishee, SE National Bank, has been issued and served upon the Garnishee.  (Doc. #109)  The Garnishee filed an Answer stating that at the time of the service of the Writ, it had in its possession or under its control personal property belonging to and due the Defendant.  (Doc. #115)

     2.    The Defendant was served with a copy of the Writ of Continuing Garnishment and notified of his right to a hearing.  On June 1, 2012, the Defendant filed a Motion for Stay of Garnishments . The Court entered an order on June 14, 2012 that did not stay the garnishments, but required that all funds obtained pursuant to the Writs of Continuing Garnishment (ECF Nos. 111,

D632.wp

112, and 113) be deposited into the District Court's Registry until resolution of the appeal and further order of this Court.

3. On June 1, 2012, Defendant also filed its Objections to the Answer of the Garnishee relating to the IOLTA Business Accounts. This Court sustained those objections as to those accounts in an order filed June 14, 2012. On June 20, 2012, Defendant filed Further Objections to the Answer of the Garnishee seeking to protect the business checking account from the garnishment. The Court entered an order on August 28, 2012, overruling that objection.

4. Upon consideration of the Plaintiff's Motion, the Court finds that the Motion is in compliance with the provisions of 28 U.S.C. § 3205 and that a Final Order of Garnishment should be issued.

I**T IS HEREBY ORDERED** that the Garnishee, SE National Bank, pay to the United States the funds it has in its custody, control or possession to which the Defendant has an interest (specifically, the Premuim Money Market, Check, Business Checking accounts).

**IT IS FURTHER ORDERED** that these sums are to be held in the DistrictCourt's Registry until further order of this Court.

Payment is to be made payable to the U.S. Clerk of Court and mailed to the United States District Court, 123 E. Walnut, Des Moines, IA  50309. Such payment must include the name and court number of this case.

The United States will serve this Order on the defendant and the Garnishee, SE National Bank

**SO ORDERED.**

DATED: September 7, 2012

JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT

D632.wp