IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARC ROBERT ENGELMANN,<br><br>    Defendant. | **No. 3:11-cr-00047 – JEG**<br><br>**O R D E R** |

    This matter comes before the Court on Motion of the Defendant for Release Pending Appeal and During Limited Remand Proceeding. The Government resists.

    Pursuant to the provisions of 18 U.S.C. § 3143(b), the Defendant was to be detained unless it can be demonstrated

    (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community . . . and

    (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in–
      (i) reversal,
      (ii) an order for a new trial . . .

There has never been any serious question that the Defendant was likely to flee or pose a danger. The issue is whether the appeal raises a "substantial question."

    In <u>United States v. Engelmann</u>, No. 12-1343 (8th Cir. Dec. 19, 2012) at p. 8, the Court of Appeals vacated this Court's denial of the motion for new trial on a limited issue and directed this Court to hold an evidentiary hearing to determine facts underlying the claim of a witness sequestration violation. It is axiomatic that the determination of whether a "substantial issue of law or fact" exists rests upon the record yet to be made at the hearing scheduled for February 15, 2013. Accordingly, the Court will defer consideration of the pending motion until after the

scheduled hearing. The existing filings on the issue are adequate unless the Court directs additional filings.

**IT IS SO ORDERED.**

Dated this 9th day of January, 2013.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT